IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RAE GEORGE,<br>An Incapacitated Person, by<br>RAYMOND G. GEORGE and<br>SUSAN M. GEORGE,<br>Guardians,<br>    Plaintiffs<br><br>v.<br><br>CITY OF ERIE, *et al.*,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. CA 04 – 77 E<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the foregoing Plaintiffs' *Nunc Pro Tunc* Motion for Extension of Time to File Responses To Dispositive Motions, it is hereby ORDERED, that the Motion is GRANTED. The Plaintiffs' responses to the pending dispositive motions shall be filed on or before Friday, July 22, 2005.

SO ORDERED.

_____
The Honorable Sean J. McLaughlin, U.S. District Judge

5