Case 1:04-cv-00077-SJM   Document 32-4   Filed 07/22/2005   Page 1 of 4

George v. City of Erie, et al.                                    Donald Marofsky

Page 1

**A**
able 12:10
about 3:13,15 4:3,4
  4:4 5:11 6:24
  7:12,19 8:19,19
  8:21 10:7,8,9,11
  10:14,23 11:3,5,6
  11:17 12:16 13:8
  13:17 14:3,7,10
  16:2 18:4 19:20
  20:19 21:14,25
  22:8
absorb 8:13
acceleration 11:23
accident 5:12,18
  8:23 9:3,5,16,24
  9:25 10:4,7 12:19
  13:4 14:16,21
  18:6,16 19:12
  23:11
Action 1:3
afraid 9:5
after 5:17,20,21
  8:22 10:3,4,7
  12:18 18:16 23:11
afterwards 5:21
again 13:16
against 3:19,20
ago 8:4 15:14
ahead 18:2
Alan 1:16 20:9
allow 24:6
almost 16:21
always 19:4
amongst 13:10,13
amount 22:2
announce 10:2
another 8:22 18:1
answer 4:15 11:11
answering 4:16
answers 4:5,9
anybody 7:18 14:11
  14:24
anyone 9:13 10:6
  10:13 11:2
anything 6:8,23
  7:12,15 12:4,24
approached 14:25
area 13:25 14:2,3
around 13:5 21:12
asked 11:10 14:19
asking 4:15 20:23
assume 20:22
Attorney 14:7
attorneys 3:25
Avenue 1:23
aware 5:12,15,17

**B**
back 12:15 15:5
  18:3
basically 4:3 11:10
  13:20 19:15
became 5:17
become 5:12,15
before 1:12 3:22
  4:15,16 9:16
  11:24
behalf 3:19 20:10
behave 22:14
behavior 9:14
  23:14
being 10:10 12:11
  14:11
believe 10:1 12:17
  12:25 18:15,17
  21:23 22:1
better 4:1
between 16:3
beyond 14:4
bit 13:17 14:6 15:6
book 4:8
booklet 4:10
bring 6:16 8:6
  16:20,24
brought 3:19
building 1:23 6:16
  6:17 9:6
bureau 19:18
BUSKIRK 1:8
butchered 3:11

**C**
call 11:19 21:10,13
  21:21,22 22:2
came 17:5
car 6:1 15:3
Carey 1:19 2:4 3:5
  15:16 24:2,10
Carol 1:12,25
cars 13:22,22
case 1:6 4:4 14:12
cause 14:15
Centre 1:14
characterize 20:11
  23:1
check 6:9 14:1
chief 19:18
chirp 11:22
choice 24:7
city 1:7,18 3:18,20
  4:21 9:13 11:15
  13:10 19:24 23:20
Civil 1:3
clean 6:12 8:7

cleaning 8:24
clear 8:23
Coleman 1:14,19
come 5:1 6:1,4,7,12
  7:1 8:3 12:16
  15:23 16:18 17:19
  22:24 23:9
coming 5:24 9:10
  11:1 16:6,15
  17:18 18:19
commencing 1:13
comment 7:21
commented 11:3
Commonwealth
  1:13
community 23:23
  23:25
complain 7:19
concern 22:8
concerns 23:22
concluded 24:12
conduct 23:14
consistent 23:3,10
contact 5:19 7:18
  9:13 13:11
conversations 10:6
correct 14:19 20:7
  20:14 23:8,15
corrections 24:5
couple 8:21 14:18
  15:15,15 23:16
court 1:1 4:2,6,7
CRAWFORD 1:9
crew 4:25 10:11
Cross-Examination
  2:5,6 15:18 20:3
cruiser 6:7,16,18,20
  9:21 16:20

**D**
D 2:1 3:1,1
damage 19:24
dangerous 7:22
  8:16 21:6
daughter 5:10
  20:10
David 1:8,22 10:24
  12:11 15:21 18:11
day 10:2 12:18 13:1
days 8:21 19:6,7,7
DEDIONISIO 1:7
Defendant 1:18,21
Defendants 1:10
define 23:7
Dennehey 1:14,19
department 4:21
  6:5,16,21 7:19 8:5

  10:7,14 11:3
  12:12,14 13:10,14
  13:15 14:22 20:13
deposition 1:12
  3:21,21 24:12
described 19:23
  22:14
different 3:24 10:10
  17:8 19:18,19
DiLoreto 1:9,21
  3:20 5:22,23 6:15
  8:5 9:17,25 10:8
  11:14 14:21 15:1
  15:22,23 19:21
  20:13,17,24 21:5
  21:9,18 22:4,8,13
DiLoreto's 13:7
  23:23
Direct 2:4 3:4
discuss 13:2,6
DISTRICT 1:1,1
DOE 1:10
doing 7:7 9:9,21,21
  11:1 15:12 19:1
  19:23
Donald 1:12 2:3 3:8
done 4:14,16 6:8
  24:10
door 9:10
doorways 9:2
double 9:11
doughnut 15:3
doughnuts 15:1,2
down 3:17 4:2,8 8:9
  9:2 11:25 12:1,3
  21:22,24 22:1,2,3
  22:4
dressed 4:1
drive 6:18,20 7:23
  9:17 11:14,15
  14:22 20:22 21:5
  22:22
driver 4:25
driving 7:2,22,25
  8:16 9:3 10:8,11
  11:3,6,19,20
  12:17 13:7,17
  14:4 19:15,16
  20:17,24 21:6,11
  22:3,4 23:9,10,14
  23:23
drove 6:24 7:19
  21:12,24
drywall 8:12
dry-all 8:12
duly 3:2
during 12:21

DURKIN 1:9

**E**
E 2:1
each 19:8
east 4:19 5:13 21:22
either 14:25
else's 3:17
emergency 4:25
employees 20:14
end 15:5
engines 13:22
episodes 12:21
Eric 10:24 12:11
  18:12
Erie 1:7,15,17,18
  1:20 3:18 4:19,21
  7:18 9:13 11:2
  19:24
erratical 8:16 11:6
  14:4
erratically 7:2
Esquire 1:16,19,22
estimate 22:13
even 3:16 8:22 9:5
  10:15 15:14 16:16
evening 7:24
ever 3:21 6:7,18,20
  7:12,18 11:14
  13:2,6 14:7,14,24
  15:1 18:20 19:12
  19:20,24 21:8,17
every 6:25 7:5
  16:18,21 17:5,6
  17:20,21,21 22:17
everybody 13:5
everything 4:2,8
  12:5 24:8
exact 22:13,13
exactly 12:9 17:14
Examination 2:4
  3:4
examples 22:10
except 3:25
experiences 21:17
explain 13:24
explained 13:20
express 20:13
expressed 23:22

**F**
F 3:1
face 8:3
faces 22:5
fair 13:13
family 5:9
far 5:4 11:17 13:4

Case 1:04-cv-00077-SJM   Document 32-4   Filed 07/22/2005   Page 2 of 4

George v. City of Erie, et al.                                    Donald Marofsky

Page 2

| | | | | |
|---|---|---|---|---|
| 14:4 15:2,11 | going 4:2,3,10 7:6 | included 20:16 | less 10:10,16,20 | 21:21 |
| 16:12 17:7,17 | 12:6 17:16 22:22 | including 20:14 | 18:22 | mentioned 23:4 |
| fast 7:2 9:12 11:16 | good 21:25 | indicated 15:22 | let 6:3 9:23 13:24 | met 3:17 11:24 |
| 15:23,24 17:19,19 | grade 5:5 | individuals 12:12 | 15:2 22:16 | 12:10 13:19 20:6 |
| 18:21,21 19:15,16 | Greg 3:20 5:22,23 | 12:20 13:2,6 | let's 18:25 | might 14:1 |
| feet 8:14 11:25 12:2 | 6:15 7:11 9:17,24 | 18:20 | life 5:11 | mind 8:23 9:2 16:13 |
| Ferguson 1:25 | 10:5 15:1 23:4 | information 4:4 | like 4:6 6:10 7:16 | minor 6:13 |
| few 17:14 19:6 | Gregory 1:9,21 | inside 8:25 9:6 | 8:2,3,12,16 9:3,19 | month 17:2,8 |
| figure 17:9 | ground 4:11 | Instead 4:12 | 10:17 12:13 13:4 | months 15:15,15 |
| file 20:11 21:14 | growing 5:10 | investigating 14:20 | 13:25 14:1 15:3 | more 10:9,15,20 |
| Finance 1:23 | Guardians 1:4 | investigator 14:10 | liked 21:11 | 16:12 18:22 |
| find 9:24 10:4 | gun 14:5 | investigators 14:15 | listed 18:11 | morning 10:3 |
| finish 22:16 | guys 10:9,11,15,16 | involved 5:13 9:25 | little 4:1 11:16,22 | most 23:9 |
| first 3:1 4:11 | 10:18,19,20 13:11 | 14:11 | 13:17 14:2,6 15:6 | motor 8:10 13:21 |
| fishtail 15:3,7 | 21:12 | | live 4:18 | 14:6 |
| five 9:19 15:23 | | **J** | long 4:22 16:1,5,9 | much 3:24 |
| 16:23,24 19:19 | **H** | Jennifer 1:3 3:19 | 16:14 | M-A-R-O-F-S-K-Y |
| flat 6:9 8:6 | Haber 1:22,22 2:5 | 5:6,18 20:10 | look 9:11 | 3:10 |
| fluid 14:2 | 15:19,21 20:1 | JOHN 1:10 | looking 14:15 | |
| follow 4:11 | 23:2 | JOYCE 1:7 | loose 15:6 | **N** |
| follows 3:2 | habit 23:1 | just 5:9,11,24 7:10 | lot 7:5,22 8:8,9 10:9 | N 2:1 3:1 |
| force 16:14 | habits 10:8 13:7,17 | 8:3,18,19 9:4 | 10:25 11:16 13:15 | name 3:7,9,17 10:3 |
| form 23:2 | 21:6 | 10:15,19 11:22 | 13:21,24 14:5 | 10:22 11:2 15:21 |
| four 9:19 10:19 | happen 12:19 16:16 | 12:7 13:25 17:3,7 | 16:18 | 21:21 |
| 11:5 15:22 16:23 | happened 8:23 9:3 | 17:9 20:6 22:10 | lower 21:22 | names 7:21 8:2,4 |
| 16:24 18:5 19:19 | 9:7 | 22:16 24:6 | | 10:22 11:2,4 |
| Fourth 1:23 | having 3:1 | | **M** | 12:11 18:11 22:5 |
| four/five 16:8 | head 4:13 | **K** | M 1:4,19 3:1 | NASCAR 21:10,11 |
| French 23:17 | hear 7:4 8:25 9:9,22 | K 3:1 | made 12:5 | 21:13 |
| from 5:24 9:10 | 10:20 12:2 18:18 | kind 9:22 | main 7:4 | Natalie 1:16 2:6 |
| 10:10,12 19:7 | heard 10:7 23:13 | knew 12:7 22:23 | maintenance 6:13 | 14:7 20:4,9 24:1 |
| 20:24 | hello 15:11 | know 3:14 5:6,8,9 | make 4:12 12:6 | neighborhood 5:10 |
| Front 4:19 | her 5:8,9,9,10,10,19 | 5:20,22,22 6:3,15 | 24:4 | never 14:20,24 |
| further 20:1 24:1 | 15:10,11,11 24:6 | 6:17 7:11 8:2,19 | making 12:8 21:25 | news 5:16 10:1,2 |
| | him 5:24 6:3,17,18 | 9:5 10:2,3,11,12 | manner 9:17 16:19 | next 4:16 20:21 |
| **G** | 6:20 7:4,7,9,12,15 | 10:17,25 11:4,4,6 | many 9:16 12:2 | nickname 21:8,15 |
| G 1:4 | 7:17,23,24 8:16 | 12:2,23 16:13,16 | 16:14 17:10,11 | Ninth 5:5 |
| garage 6:22 7:4 | 9:8,9,9,21 10:25 | 16:17 17:14 18:4 | 22:20 | Nobody 14:24 |
| 8:24,25 9:1,11 | 13:11 14:4 16:5 | 18:20,24 19:14 | marks 9:11 11:25 | nodding 4:13 |
| 11:15 12:18 13:5 | 16:11 17:2,4,5,7,8 | 21:10,12,20 22:5 | 12:2 | normal 23:8 |
| 17:5 18:15,19 | 17:10,12,18,25 | 22:5,9,22,25 | Marofsky 1:12 2:3 | normally 6:10 19:6 |
| 19:17 21:12 22:19 | 18:19,21,24,25 | known 5:10,24 | 3:8 15:21 20:6 | Notary 1:12 |
| 23:11,15,17,20,24 | 20:22,25 21:10,13 | 14:21 16:5 17:18 | Marshall 1:14,19 | nothing 7:16 8:20 |
| gas 5:25,25 6:4,8 | 21:22 22:3,18,22 | | matter 8:15 | 12:8 24:1 |
| 8:7 14:1 | 22:23 23:4,7,13 | **L** | may 4:4 12:20 | notice 3:11 |
| Gee 15:10 | hired 14:10,11 | L 1:22 3:1 | 13:22 14:18 | November 1:13 |
| geez 9:18 | Holdnack 1:12,25 | last 3:9,17 4:1 11:7 | maybe 6:9 7:10 | number 22:13 |
| generally 17:22 | 1:25 | 11:8 12:10 13:19 | 9:18 11:8,15 14:3 | |
| George 1:3,4,4 3:19 | honest 24:9 | 13:20 15:8,13 | 15:14 16:8,10,15 | **O** |
| 5:6 15:9 20:9 | hum-um 14:9 | Law 1:3,23 | 16:16,24 17:16,17 | O 3:1,1 |
| getting 5:24 12:8 | | lawsuit 3:18 | 18:7 | oath 4:6 |
| give 12:10 22:12 | **I** | least 9:18 11:5 | mean 9:4 10:15 | Object 23:2 |
| 24:5,8 | identified 14:11 | leave 6:22 17:19 | 11:23 13:8 16:4 | observe 6:23 |
| go 5:4,18 7:23,24 | identify 9:23 10:13 | leaving 7:2 23:14 | 17:16 23:5 | Obviously 17:6 |
| 9:10 14:4 18:2,3 | Inc 1:25 | 23:17 | meant 20:23 | occasion 6:9,22 |
| 20:18 21:2 | incapacitated 1:3 | left 13:14 | memory 6:24 | 8:22 9:20 15:10 |
| Goggin 1:14,19 | incidents 16:3 | length 11:21 | mention 20:10 | 16:17 21:20 |

Case 1:04-cv-00077-SJM   Document 32-4   Filed 07/22/2005   Page 3 of 4

George v. City of Erie, et al.                                        Donald Marofsky

Page 3

occasionally 22:17
   22:17
occasions 7:9 8:21
occurred 9:16
occurs 9:24
off 7:4 8:14 9:12
   11:18,20 15:4
   18:10 19:7,7
office 8:25 18:18
officer 3:20 15:22
   15:23 18:1 19:21
   20:12 21:25 22:4
officers 7:8,20,23
   8:1,6 13:16 20:11
   20:12 21:14,17
   22:7 23:22
officer's 21:21
offices 1:14
oil 6:9 8:10 13:21
   14:1,2
Okay 4:16 5:17,22
   6:11,23 15:16
   16:25 18:7,9,11
   19:12,23
old 5:2
once 7:10 16:15
one 8:24 12:21
   13:19 16:10,12
   17:22 21:20 22:7
   22:10
only 17:22 23:24
onto 23:17
operate 7:17
opposed 7:8
original 18:3
other 3:25 6:8 7:8,8
   7:20 8:6 9:6
   10:20 11:15 12:11
   12:13 13:16 14:5
   14:19,22 17:24
   19:8 20:12,12
   21:18
out 7:3 8:3 9:1,1,1
   9:10,11,12,17,24
   10:4 12:17,18
   14:6,22 15:4,5,24
   16:21 17:3,9
   18:15,19,21 21:18
   22:23 23:14,17,18
   23:23,25
outside 6:3,15,17
   6:20
over 5:13 12:7 16:1
   17:4,10 18:3

─── P ───
PA 1:15,17,20,24

Parade 5:13
parents 5:19
parking 11:16
   13:20,24 14:5
Patrick 1:9,19
patrol 16:21
PAUL 1:7
peal 12:18 14:6,22
   15:24 23:17
pealing 8:14 9:1,17
   19:13 22:23
peeled 9:12 15:5
Pennsylvania 1:1
   1:13 4:19
people 7:8 12:14,14
   14:22 17:24 21:18
period 16:1,5 17:4
   17:10 18:4
person 1:3
Pete 19:19
Petrianni 19:19
Pittsburgh 1:24
place 15:23
Plaintiffs 1:5,16
please 3:7,9 4:12
police 6:1 7:18 9:21
   11:2 13:21 14:14
   14:20 16:20 17:22
   21:14
policemen 17:1
Popovich 10:24
   12:11 18:12
position 7:14 18:23
powerful 13:22,22
precisely 12:23
prepare 4:8,10 24:3
   24:6
present 12:21
pretty 13:1 21:25
prior 18:5
probably 10:4
   12:15
property 6:21 8:5
   19:24 23:20
provide 4:5
public 1:12 23:18
pulled 18:15
pulling 18:21,21
   19:13
pumps 7:2 18:21
put 8:12
p.m 1:13 24:12

─── Q ───
question 4:16 13:19
   18:3 20:21 22:16
   23:2

questions 4:3,9,15
   11:10 14:19 20:1
quite 17:14

─── R ───
R 3:1
RAE 1:3
rank 20:10 21:14
Ray 15:9 20:9
RAYMOND 1:4
read 24:4
really 8:4,20 11:23
   12:4 21:12,24
   22:12
recall 7:7 8:1 11:7
   11:13,14
reckless 11:19
recklessly 11:14,18
   14:23
record 22:1
relating 20:23
relief 20:24
remember 7:21 8:4
   8:21,22,23 9:21
   18:8 23:16 24:9
remembered 8:19
remembering 16:13
Renaissance 1:14
repetitive 14:18
report 9:14
Reported 1:25
reporter 4:2,7
Reporting 1:25
represent 3:18
   15:22 20:9
responses 4:12
review 24:2
RICHARD 1:8,8
ride 20:16
riding 20:25 22:8
right 5:20,21 6:14
   7:14 9:4 12:9,20
   13:11 15:7,25
   16:21,22 17:7,11
   17:23 18:2,13
   19:3,11,16 20:8
   20:18,25 21:4,7
   22:11,20 23:13,21
   24:2,5,8
road 8:9 13:18
roadway 23:18
rotate 17:1
RPR 1:12,25
rules 4:11

─── S ───
S 3:1

safe 22:12
same 10:17 11:10
   16:19 18:23 19:4
   19:6
SAVACCHIO 1:7
saw 15:22 17:4,5,10
   19:15 22:13,16,18
saying 4:12 6:25
   9:3 12:16,16 14:4
   17:5,7 22:24
scare 22:3
scared 21:24
Schadel 1:22
school 5:4
second 16:25
see 5:18 6:18,20 9:8
   9:9,17,22 10:20
   15:1,11 16:11
   17:1,8 18:24,25
   22:5
seeing 11:14
seem 9:4
seen 17:11
send 24:3
share 21:15,17
shared 22:7
She'll 24:3
shift 4:25 10:11,16
   10:17,24 12:15
   16:25
shifts 17:1,8
shortly 10:4
shoulders 4:13
showing 3:16
shrugging 4:13
side 21:22,23
since 16:5
single 16:18
sit 10:22
skid 9:11 11:25
   12:2
skidding 12:3
slang 21:8
slippery 13:21
some 4:11
somebody 3:16 9:1
something 12:8
   21:25 23:3
sometimes 8:11,13
somewhat 14:18
sorry 3:13 11:12
speak 12:13 14:14
   15:10
speaking 15:11
specific 21:17
specifically 7:7
spell 3:9

spin 13:15
spinning 13:23
spoke 12:12 15:8
spot 8:15 11:21
   14:1
spots 8:11 14:5
squeal 7:6 11:15,18
   11:22,25
squealing 7:3,4
   11:21 18:18
Stafford 10:24
   12:11 18:11
staggered 19:7
state 1:14,17,20 3:7
STATES 1:1
steady 9:19
still 9:3
street 1:14,17,20
   5:13 7:4,6 9:2
   11:25 12:1,3
   13:14 21:18 23:14
   23:17
streets 4:21 6:5,15
   6:21 8:5 10:7,13
   12:12,14 13:10,14
   14:22 20:13 23:25
stuck 6:24
stuff 5:25 6:10,12
   13:4
substances 8:9
Suite 1:14,17,20
superior 7:16
superiors 20:23
supervisor 19:17
supervisors 19:19
   19:20 20:19 21:2
   21:3
sure 12:4,6 13:1
surface 8:9
Susan 1:4 15:8 20:9
sway 15:3
sworn 3:2
SZYCHOWSKI
   1:8

─── T ───
T 1:9,21
take 4:2,7 8:13 9:12
   11:18,20 15:4
taken 1:12 3:22
talk 11:5 19:20
   20:19
talked 3:24 8:18
   10:9,14,23 11:7
   12:3 13:8,17 14:7
talking 3:15 8:14
   11:17 16:1,10

George v. City of Erie, et al.                                                                                         Donald Marofsky

Page 4

| | | | | |
|---|---|---|---|---|
| 18:4,5<br>**tell** 6:23 7:17,25 8:8<br>   11:24 13:16,19<br>   14:21 20:20 21:2<br>   21:16 22:20<br>**telling** 11:13 12:7,9<br>**term** 21:8<br>**testified** 3:2<br>**testifying** 4:7<br>**testimony** 20:12<br>**Thanks** 3:16<br>**their** 7:21 8:2,6<br>   11:4 20:10,19,23<br>   21:2,3 22:7<br>**themselves** 14:11<br>**things** 5:1 8:10<br>   20:13<br>**think** 3:23,25 8:18<br>   11:7 12:20 15:2<br>   20:21<br>**though** 3:16<br>**thought** 8:20 12:5,6<br>**three** 10:18 11:5<br>   18:5,7 22:18<br>**through** 5:9 9:1,2<br>**throughout** 22:17<br>**Thursday** 11:8<br>**time** 3:18,20 7:1,5<br>   8:20,24 9:7,20<br>   10:19 11:11,13<br>   15:8,13 16:1,5,9<br>   16:10,12,18,21<br>   17:4,5,6,10,20,21<br>   17:21 18:4 19:4<br>   22:1,2,17 23:9<br>**times** 6:25 7:1,3,5,5<br>   7:20 9:16,19 11:1<br>   15:23 16:18,23,24<br>   17:1,4,10,11,17<br>   17:17,18,24 19:9<br>   22:13,20,21 23:16<br>**tire** 8:14<br>**tires** 6:9 7:3,5 8:7<br>   11:15,19,21,25<br>   12:3 13:15 18:19<br>**today** 10:22 20:6<br>**told** 3:17 8:11 12:5<br>   21:1<br>**total** 17:11<br>**transcript** 4:8 24:3<br>   24:6<br>**transmission** 14:2<br>**Truck** 4:25<br>**true** 12:24 24:9<br>**truth** 12:7<br>**trying** 17:3,9<br>**Tuesday** 1:13 | **turn** 7:3<br>**twice** 7:10 16:16<br>**two** 12:17,20 13:2,6<br>   18:5<br>**type** 23:8,10<br><br>---- **U** ----<br>**um-hum** 3:12 4:13<br>**under** 4:6<br>**understand** 17:3,9<br>**understanding**<br>   18:14<br>**UNITED** 1:1<br>**unsafe** 11:20<br>**until** 4:14,15<br>**upper** 21:23<br>**use** 21:8<br>**used** 12:16 21:10,12<br>   22:24<br>**usually** 10:18<br><br>---- **V** ----<br>**v** 1:6<br>**VAN** 1:8<br>**vehicle** 5:25,25 7:17<br>   7:19 17:23<br>**vehicles** 8:6<br>**verbal** 4:12<br>**versa** 19:10<br>**very** 7:1,22<br>**visa** 19:10<br><br>---- **W** ----<br>**wait** 4:14,15<br>**want** 7:23 8:20<br>   11:19 12:4 20:11<br>   20:16 24:7<br>**wanted** 8:18 12:6<br>**Warner** 1:14,19<br>**wasn't** 7:10 12:4<br>   16:15<br>**way** 6:24 7:19<br>   12:16 21:11,24<br>   22:2,4,14,22,23<br>**Wednesday** 11:8<br>**week** 3:17 4:1 11:7<br>   11:8 12:10 13:20<br>   16:23,24 19:7<br>**weekends** 19:11<br>**Weinheimer** 1:22<br>**weird** 9:22<br>**well** 3:14 7:10 11:6<br>   16:3,8,20 17:15<br>   19:18 21:10 22:21<br>   23:4<br>**well-known** 13:9,10<br>   13:13 | **went** 14:20,24<br>**were** 4:7 8:1 12:10<br>   12:17,25 14:15,20<br>   18:17,18 19:2<br>   20:23 22:2<br>**west** 21:23<br>**WESTERN** 1:1<br>**we're** 3:25 4:2 8:25<br>   16:10 18:4<br>**while** 8:3 15:14<br>   19:23<br>**whole** 13:24<br>**window** 9:10<br>**windows** 6:12 8:7<br>   8:24<br>**witness** 15:16 18:14<br>   24:8<br>**witnessed** 10:12,25<br>   12:23 18:15,20<br>**work** 4:20 5:24<br>   13:12 15:10 16:25<br>   19:4,10<br>**worked** 4:22 16:23<br>   19:9 21:19<br>**worker** 4:25<br>**workers** 9:6 13:14<br>**working** 9:6 10:10<br>   10:12,16,18,19,21<br>   12:17,25 17:7<br>   18:17,23 19:2<br>**wouldn't** 7:23 8:15<br>   10:19 11:22 16:17<br>   17:6,8<br>**wrote** 3:16<br><br>---- **X** ----<br>**X** 2:1<br><br>---- **Y** ----<br>**Y** 3:1<br>**yeah** 6:19,22 10:9<br>   11:9 13:4,8 16:7<br>   17:13 18:17<br>**year** 16:10,12,15<br>**years** 4:23 16:8,14<br>   18:5,5,5,7<br>**year-period** 22:18<br><br>---- **0** ----<br>**04-77E** 1:6<br><br>---- **1** ----<br>**1:21** 1:13<br>**1:49** 24:12<br>**100** 17:16<br>**1001** 1:14,20<br>**14th** 5:13 | **1400** 1:14,20<br>**15** 2:5 8:14 17:17<br>**15219** 1:24<br>**16501** 1:15,17,20<br><br>---- **2** ----<br>**2** 14:3<br>**20** 2:6 8:14 11:25<br>   17:17<br>**2004** 1:13<br>**231** 4:19<br><br>---- **3** ----<br>**3** 2:4<br>**3-foot** 14:3<br>**300** 1:17<br>**31** 4:23<br><br>---- **4** ----<br>**429** 1:23<br><br>---- **5** ----<br>**50** 17:16<br>**504** 1:17<br>**55** 5:3<br><br>---- **6** ----<br>**602** 1:23<br><br>---- **9** ----<br>**9** 1:13 | |

FERGUSON & HOLDNACK REPORTING, INC.
814-452-4556