J



COMMONWEALTH OF PENNSYLVANIA

COUNTYOF: **ERIE**

**POLICE
CRIMINAL COMPLAINT**

**COMMONWEALTH OF PENNSYLVANIA**
VS.

Magisterial District Number: **06-1-03**

District Justice Name : **Hon. Vendetti**

Address:        **718 West 18th Street
Erie PA.16502**

Telephone:   **(814) 451-6528**

Docket No.: *R-249-a*
Date Filed: *7-27-01*
OTN: *H-418921-4*

DEFENDANT:

NAME and ADDRESS

**JOHN MARION BUTLER**

**5404 Cray Drive**

**Erie Pa. 16509**

| Defendant's Race/Ethnicity | | | Defendant's Sex | Defendant's DOB | Defendant's Social Security Number | Defendant's SID |
|---|---|---|---|---|---|---|
| ☒ White    ☐ Asian    ☐ Black | | | ☐ Female | **12-8-80** | **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** | |
| ☐ Hispanic ☐ Native   ☐ Unknown | | | ☒ Male | | | |

| | Plate Number | State | Registration Sticker (MM/YY) | State | |
|---|---|---|---|---|---|
| | **BYH-8936** | **Pa** | **05-02** | **Pa** | **26098225** |
| Complaint Number **01-27932** | Complaint / Incident Number if Other Participants | | | | URC / NIBRS Code |

District Attorney's Office ☐ Approved ☐ Disapproved because, _____
( The District Attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing.   Pa. R. Cr.P. 107. )

| I,   (Name of Attorney for Commonwealth - Please Print or Type) **Officer Gregory T. DiLoreto Jr.** | (Signature of Attorney for Commonwealth) | (Date) **303** |
|---|---|---|

of,   **The Erie Police Department, Erie Pennsylvania        PA0250200**

do hereby state: (check appropriate box)

1.   ☒  I accuse the above named defendant who lives at the address set forth above
     ☐  I accuse the defendant whose name is unknown to me but is described as : _____

     ☐  I accuse the defendant whose name and poplar designation or nickname is unknown to me and whom I have
        therefore designated as John Doe.

     With violating the penal laws of the Commonwealth of Pennsylvania at    **West 8th and Chestnut Streets**
                                                                              (Place - Political Subdivision)

     in  _____**Erie**_____ County on or about  **7-21-01, 1705**

     Participants were: (if there were participants, place their names here, repeating the name of above defendant)
     **JOHN MARION BUTLER**

2.   The acts committed by the accused were:
     (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged.  A citation to the statute allegedly
     violated,

PACC 2705   Recklessly Endangering Another Person
PMVC 3112 a,3,i  Traffic Control Devices
PMVC 3361 Driving Vehicle at Safe Speeds
PMVC 3714 Careless Driving
PMVC 3736 Reckless Driving
PMVC 4581 a,2  Restraint Systems

Name: **JOHN MARION BUTLER**

Number: *CR-249-01*



**POLICE
CRIMINAL COMPLAINT**

above named defendant did recklessly engage in conduct which placed or may have placed another person or persons in danger of death or serious bodily injury in that he did operate a 1987 rust colored Pontiac 6000 e at an extremely high rate of speed east bound at W. 8th and Chestnut Streets which is posted at 25 mph and also failed to stop for a steady red signal then sped past this affiant as I was parked on the south side of W 8th St. in the 300 block in a marked Police Unit. There were also several pedestrians in the immediate area.

Above named defendant did fail to stop for a steady red indication at W. 8th and Chestnut Streets. This affiant was located in the 300 block of W. 8th St. and first observed the defendant in my rear view mirror and as I noticed the defendant approaching I glanced up at the traffic light, which lights in all four directions, and I observed the fact that the light was red. Defendant disregarded the steady red indication and proceeded eastbound at an extremely high rate of speed.

Above named defendant did drive a vehicle at a speed greater than is reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing and at a speed greater than would permit the defendant to bring his vehicle to a stop within the assured clear distance ahead in that the defendant did operate a 1987 rust colored Pontiac 6000 e at an extremely high rate of speed, probably in excess of 70 mph in this affiant's estimation, in the area of W. 8th and Chestnut Streets east bound which would be neither reasonable nor prudent and would not allow the driver to stop in the assured clear distance.

Above named defendant did drive a vehicle in careless disregard for the safety of persons or property in that he did operate above mentioned vehicle at a high rate of speed in a posted 25 mph zone.

Above named defendant did operate above mentioned vehicle in willful and wanton disregard for the safety of persons or property by the nature of the speed estimated at probably in excess of 70 mph in the area of W. 8th and Chestnut Streets making no attempt to slow for a steady red indicator on the traffic light or for my parked marked Police Unit.

Above named defendant did fail to wear a properly adjusted and fastened safety belt while operating a motor vehicle upon a roadway.

| | | | | |
|---|---|---|---|---|
| 5. | 3736 | | PMVC | 1 |
| 6. | 4581 | A,2 | PMVC | 1 |

all of which were against the dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of:

| | (Section) | (Subsection) | | (PA. Statute) | (Counts) |
|---|---|---|---|---|---|
| 1. | **2705** | | Of the | **PACC** | **1** |
| 2. | **3112** | **A,3,i** | Of the | **PMVC** | **1** |
| 3. | **3361** | | Of the | **PMVC** | **1** |
| 4. | **3714** | | Of the | **PMVC** | **1** |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. (**In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.**)

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This is made subject to the penalties of section 4904 of the Crimes Code (18 PA. C.S. 4904) relating to unsworn falsification to authorities.

_____ **July 21st** _____ 20 **01** _____  #303

_____ (Signature of Affiant)

AND NOW, on this Date _____ 7-30 _____ , 20 **01** , I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____ 6-1-3 _____

(Magisterial District)          (Issuing Authority)          **SEAL**

K

# Geoffrey P. Alpert

97 Muskrat Run. Irmo, South Carolina 29063
Telephone: (803) 732-1336 ☎ Fax: (803) 777-7319

July 15, 2005

## PRELIMINARY REPORT AND AFFIDAVIT

RE: <u>George v City of Erie</u>

I, Geoffrey P. Alpert, declare that the following statements reflect objective truth as extracted from records provided to me by Mr. Alan Natalie or represent my expert opinion, to the highest degree of professional certainty. If called to testify in this matter, I will express the opinions contained in this report unless provided with materials that change my opinions.

1.    I have a Ph.D. in Sociology from Washington State University and have been conducting research on police and law enforcement agencies for the past twenty years. I have been awarded federal, state and local grants to investigate various aspects of police work. I have been awarded several fellowships to investigate police activities and I have been asked by numerous police agencies to write policies for them, conduct training and to consult with them on various issues. I have written more than 100 publications on criminal justice, many of which deal with police policies, customs and practices. I have written articles dealing specifically with emergency driving, pursuit driving and the use of force and deadly force. I am familiar with police operating procedures as well as the customs developed by practice. My current position is Professor of Criminology and Criminal Justice at the University of South Carolina. I have attached a copy of my curriculum vitae.

**2. The following materials have been reviewed**:

Complaint
252 Crash Records completed by City of Erie Bureau of Police 1996 - 2004.
City of Erie Bureau of Police - Police Vehicle Procedures
Special Order 1-95: Service Operations Officer/Response to Accidents Involving Bureau Vehicles
International Association of Chiefs of Police Model Policy: Vehicle Crash Review Process.

**4. Opinions**:

After having reviewed 252 Crash Records completed by City of Erie Bureau of Police from 1996 - 2004, several trends become clear. First, emergency equipment was utilized in 56 (22%) of the incidents. Second. An officer was cited in only 2 (.8%) of the incidents. Third, there was no written report in 56 (22%) of the crashes. Fourth, officers completed reports in 122 (48%) of the crashes. Fifth, there were supervisory reports filed in only 74 (29%) of the incidents. There is a

clear absence of supervisory involvement in the management of crashes at the City of Erie police department. In what should be a strong deterrent to misconduct, the lack of involvement by supervisors is likely to send the message to officers that they will not be held accountable for all their actions.

The City of Erie Bureau of Police Special Order 1-95: Service Operations Officer/Response to Accidents Involving Bureau Vehicles states: "The Service Operations Officer shall also maintain a file for all police vehicle accidents to aid in determining the need for any remedial training." This Order is appropriate and if the Bureau had kept proper information available to be analyzed, the Bureau managers would have realized that many crashes were occurring without supervisory reports being written.

Police departments must manage and control the use of their vehicles, and especially the history of crashes in which officers are involved. Crashes can be very dangerous to the public, and can create a threat to public safety. Police agencies must maintain proper records of officer-involved crashes. A reasonable police department will establish policies to investigate all crashes, have a supervisor investigate and write a report on all crashes and hold officers and supervisors accountable for not conducting themselves professionally, which includes the investigation and writing of reports for all crashes involving officers. As a example, in 1996 The International Association of Chiefs of Police (IACP) reiterated the professional standard by publishing a model policy on reviewing departmental vehicle crashes. They wrote in part:

"Motor vehicle crashes involving agency vehicles present serious potential risks to agency personnel and the public as well as considerable financial loss due to injury, loss of manpower, vehicle damage, and possible tort liability. Therefore, a motor vehicle crash review process has been established for evaluating crashes involving agency motor vehicles in order to determine cause and to institute corrective and preventive actions where possible."

The policy developed by the IACP includes a review board, but many departments use supervisory personnel to evaluate crashes and write reports. At a minimum, it is necessary to have a supervisor write a report for each and every crash involving a departmental motor vehicle.

Clearly, the IACP's model is effective but agencies are also including crashes in their Early Identification Systems (EIS) that can alert supervisors to a high number of crashes involving individual officers. The idea behind the EIS is to hold officers accountable for their actions.

An analysis of the Bureau of Police crash data for the years 1996-2004, shows a clear trend that they ignore this professional standard of care. By their actions and inactions, The City of Erie Bureau of Police has established a custom and practice of not having officers write reports for all officer-involved crashes. More important, the City of Erie has created a custom and practice of not having supervisors investigate and write reports on all officer-involved crashes.

The consequence of this failure to create a reasonable standard of care is that the police managers do not have a clear understanding of an officer who might be over-represented in crashes and in need of remedial training or who needs to be taken off the road. The data clearly show a lack of

care to the motoring public by not having supervisors create a record for each crash and knowing if there are patterns, such as high speeds, failing to utilize emergency equipment, failing to stop or slow sufficiently at intersections, etc. that contribute or cause crashes in which officers are involved.

I, Geoffrey P. Alpert, having been duly sworn state that the preceding opinions are true and correct to the best of my knowledge and belief.

Geoffrey P. Alpert

My Commission Expires August 17, 2008

Sworn to and subscribed before me this 15th of July 2005

CURRICULUM VITAE
August 2004

NAME:  Geoffrey P. Alpert

INTERNET SITE: www.deadlyforce.com

ADDRESS:    Department of Criminology and Criminal Justice
University of South Carolina
Columbia, SC 29208
Phone: (803) 777-6424    Fax (803) 777-7319
E-Mail: geoffa@gwm.sc.edu

EDUCATION:    Ph.D.            Washington State University         1975
University of Oregon Law School     1974-1975
M.A.             University of Oregon                1970
B.A.             University of Oregon                1969

## AWARDS & FELLOWSHIPS:

University of South Carolina Alpha Chapter of Mortar Board, Excellence in Teaching, 2000 - 2001.

University of South Carolina Educational Foundation Research Award, 1995.

Police Development and Training Fellowship, German Marshall Fund, Republic of Germany, 1992.

Senior Research Scholar, Bureau of Justice Statistics, Washington, DC.  1991.

Directeur d'Etudes Associe, Maison des Sciences de L'Homme, Paris, France.  1985-1987.

## ADMINISTRATIVE EXPERIENCE:

Chair, Department of Criminology and Criminal Justice.  University of South Carolina. Columbia, South Carolina.  2002 - present.

Director of Research, College of Criminal Justice.  University of South Carolina. Columbia, South Carolina.  1999 - 2002.

Director, Criminal Justice Program, Department of Sociology, University of Miami, Coral Gables, Florida. 1985 - 1988.

Director, Center for Study of Law and Society, University of Miami, Coral Gables, Florida.  1981 - 1988.

Legal Ombudsman, Lane County District Attorney's Office, Eugene, Oregon.  1978 - 1981.

Coordinator, Victim/Witness Bureau, El Paso County District Attorney's Office, Colorado Springs, Colorado. 1979.

Director of Research, Georgia Department of Corrections, Atlanta, Georgia.  1971 - 1972.

TEACHING EXPERIENCE:

Professor, Department of Criminology and Criminal Justice, College of Criminal Justice, University of South Carolina, Columbia, South Carolina. August, 1988 - Present.  Adjunct Professor Department of Sociology.

Professor of Sociology, University of Miami, Coral Gables, Florida, 1985 - 1988.

Associate Professor of Sociology, University of Miami, Coral Gables, Florida. 1981 - 1985.

Assistant Professor of Sociology and Public Administration, University of Colorado, Colorado Springs, 1978 - 1979.

Assistant Professor of Sociology and Political Economy, School of Social Sciences, The University of Texas at Dallas, Richardson, Texas. 1975 - 1977.

Teaching Assistant, Department of Sociology, Washington State University, Pullman, Washington. 1972 - 1976.

Instructor, Department of Sociology, Georgia State University, Atlanta, Georgia. 1971 - 1972.

RESEARCH EXPERIENCE:

Academic Affiliate, The Analysis Group. Development of a Methodology for Analysis of Los Angeles Police Department Pedestrian and Motor Vehicle Stop Data. Los Angeles, CA. 2004 - present.

Principal Investigator, Assessing Police Officers' Decision Making and Discretion.  National Institute of Justice. 2002 - present.

Principal Investigator, Investigating Racial Profiling in the Miami-Dade Police Department.  Miami-Dade County.  2000 - present.

Co-Principal Investigator, The Effect of Community Policing on Urban Violence.  American Statistical Association and Bureau of Justice Statistics.  2000 - 2002.

Associate Project Director, Promoting Police Accountability.  Office of Community Oriented Policing Services.  2000 - 2003.

Principal Investigator, The Lexington County Domestic Violence Court: A Partnership and Evaluation. National Institute of Justice. 2000 - 2003.

Principal Investigator, An Analysis of the Force Factor: Measuring Police Use of Force Relative to Suspect Resistance. National Institute of Justice. 1998 - 2001.

Member, Olympic Research Group. Atlanta Committee for the Olympic Games and the State of Georgia. 1996.

Principal Investigator, Facilitating Organizational Change: Shaping Philosophies Through Individual and Organizational Evaluations. National Institute of Justice. 1996 - 1999.

Principal Investigator, An Analysis of Police Use-of-Force Data. National Institute of Justice. 1996 - 1998.

Principal Investigator, Police Pursuit Driving and Use of Excessive Force. National Institute of Justice. 1994 - 1997.

Principal Consultant, State Evaluation Capacity Building Program. National Institute of Justice. 1992 - 1996.

Principal Investigator, Firearm Use and Analysis, Metro-Dade Police Department, 1994 - 1995.

Principal Investigator, Evaluation of Hi-Risk Police Activities. Insurance Reserve Fund. State of South Carolina. 1995.

Member, Study Group on Criminal Justice Research and Outcome Measures. Princeton University/Bureau of Justice Statistics. 1992 - 1994.

Co-Principal Investigator, Evaluation of Tactical Narcotics Team, Metro-Dade Police Department, 1991 - 1993.

Research Professor, Institute of Public Affairs, University of South Carolina. 1989 - Present.

Principal Investigator, Police Officer Task Analysis, City of Columbia, 1989 - 1990.

Principal Investigator, National Survey of Security Needs, American Society of Industrial Security, 1989 - 1990.

Principal Investigator, Firearm Use and Analysis, Metro-Dade Police Department, 1988 - 1989.

Principal Investigator, Police Pursuit Project, U. S. Department of Transportation. 1987 - 1988.

Research Director, Police Pursuit Project, Dade Association of Chiefs of Police, Dade County, Florida. 1985 - 1988.

Director, Review of Deadly Force Training and Policies of the Dallas Police Department. 1986 - 1987.

Co-Director of Research, School Dropout Prevention Center, University of Miami. 1985 - 1986.

Principal Investigator, Impact of Police Behavior in a Multi-Ethnic Setting, Metro-Dade Police Department, Miami, Florida. 1985 - 1986.

Research Director, Use of Deadly Force Project, Dade Association of Chiefs of Police, Dade County, Florida. 1983.

Consultant, Deadly Force Project, Police Foundation, Washington, D.C. 1983 - 1984.

Principal Investigator, Center for Business-Government Relations, Willamette University, Salem, Oregon. 1978 - 1978.

Research Associate, Graduate School of Education, Harvard University, Cambridge, MA. 1977.

Principal Investigator, Legal Aid to Prisoners Project, School of Social Sciences, University of Texas at Dallas, 1976.

Research Associate, Southeastern Correctional and Criminological Research Center, Florida State University. Tallahassee, Florida, 1971.

PUBLICATIONS:

Books and Monographs:

Understanding Police Use of Force: Officers, Suspects, and Reciprocity (with R. Dunham). New York: Cambridge University Press (2004).

Management of Emergency Vehicle Operational Risks (with W. Smith). Evanston, IL: Northwestern University Center for Public Safety (2003).

Understanding Social Science Research: Applications in Criminology and Criminal Justice (with J. MacDonald). Prospect Heights, IL.: Waveland Press (2001).

Police Pursuits: What We Know (with D. Kenney, R. Dunham and W. Smith). Washington, DC: Police Executive Research Forum (2000).

Community Policing: Contemporary Readings (edited with Alex Piquero). Prospect Heights, IL.: Waveland Press (1998) *Second Edition* (2000).

The Force Factor: Measuring Police Use of Force Relative to Suspect Resistance (with R. Dunham). Washington, DC: Police Executive Research Forum (1997).

4

Police Use of Deadly Force: A Statistical Analysis of the Metro-Dade Police Department (with R. Dunham). Washington, DC: Police Executive Research Forum (1995).

Forces of Deviance: The Dark Side of Policing   (with Victor Kappeler and Richard Sluder). Prospect Heights, IL: Waveland Press (1994) *Second Edition* (1998).

Police Vehicles and Firearms: Instruments of Deadly Force (with L. Fridell).  Prospect Heights, IL.: Waveland Press (1992).

Police Pursuit Driving: Controlling Responses to Emergency Situations (with R. Dunham). Westport, CT: Greenwood Press (1990).

Adult Correctional Systems (with R. Hawkins). Englewood Cliffs: Prentice-Hall (1989).

Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1989). *Second Edition* (1993). *Third Edition* (1997). *Fourth Edition* (2001).

Policing Multi-Ethnic Neighborhoods (with R. Dunham). Westport, CT: Greenwood Press (1988).

Policing Urban America. (with R. Dunham). Prospect Heights, IL: Waveland Press (1988). *Second Edition* (1992) *Third Edition* (1997).

The Dilemmas of Punishment: Readings in Contemporary Corrections. (edited with Ken Haas). Prospect Heights, IL: Waveland Press (1986).  *Second Edition,*  The Dilemmas of Corrections: Contemporary Readings (1991).  *Third Edition,* (1995).  *Fourth Edition* (1999).

The American System of Criminal Justice.  Beverly Hills: Sage Publications (1984, 1985).

Legal Rights of Prisoners.  (Volume 14, Sage Criminal Justice Systems Annuals - editor).  Beverly Hills, CA: Sage Publications (1980).

Beating the Insanity Defense:  Denying the License to Kill. (with D. Nissman and B. Barnes). Lexington, MA:  Lexington Books (1980).

Legal Rights of Prisoners:  An Analysis of Legal Aid. Lexington, MA: Lexington Books (1978). *Selected  for  Lawyers  Literary   Club, March, 1979.*


Articles, Book Chapters and Other Selected Publications:

Interactive Police-Citizen Encounters that Result in Force (with J, MacDonald and R. Dunham). Police Quarterly (forthcoming).

Towards a Better Benchmark: Assessing the Utility of Not-at-Fault Traffic Crash Data in Racial

Profiling Research (with M. Smith and R. Dunham).  Justice Research and Policy 6: 44 - 69 2004).

Early Intervention Systems: The New Paradigm (with S. Walker).  Pp. 2.21 – 2.35 in M. Hickman, A. Piquero and J. Greene (eds.) Police Integrity and Ethics.  Belmont, CA: Wadsworth Group. 2004.

Prejudice in Police Profiling: Assessing An Overlooked Aspect in Prior Research (with G. Wilson and R. Dunham).  American Behavioral Scientist 47: 896 - 909 (2004).

The Effects of Officer and Suspect Ethnicity in Use-of-Force Incidents (with R. Dunham). Pp. 102 - 114, in Karen Terry and Delores Jones-Brown (eds.), Policing and Minority Communities: Bridging the Gap. Englewood Cliffs, New Jersey: Prentice-Hall (2004).

A Contextual Study of Racial Profiling: Assessing the Theoretical Rationale for the Study of Racial Profiling at the Local Level (with K. Parker, J. MacDonald, M. Smith and A. Piquero).  American Behavioral Scientist 47: 943 - 962 (2004).

Combating Domestic Violence: Findings from an Evaluation of a Local Domestic Violence Court (with A. Gover and J. MacDonald).  Criminology and Public Policy 3: 109 - 132 (2003).

A Management Tool for Evaluating Police Use of Force: An Application of the Force Factor (with W. Terrill, R. Dunham and M. Smith).  Police Quarterly 6: 150 - 171 (2003).

Police Use of Force: Examining the Relationship Between Calls for Service and the Balance of Police Force and Suspect Resistance (with J. MacDonald, P. Manz and R. Dunham).  Journal of Criminal Justice 31: 119 - 127 (2003).

Searching for Direction: Courts, Social Science, and the Adjudication of Racial Profiling Claims (with Michael Smith).  Justice Quarterly 19: 673 - 703 (2002).

Effective Use of Expert Witnesses in Police Misconduct Cases: The Changing Role of the Expert Witness.  Proceedings. 2002 Annual Convention of the Association of Trial Lawyers of America. Pages 1817- 1825 (2002).

Deadly Force. Vol. 2, Pp. 471 - 472. Encyclopedia of Crime and Punishment.  Thousand Oaks, CA: Sage Publications (2002).

Police Pursuits. Vol. 3, Pp. 1181 - 1184.  Encyclopedia of Crime and Punishment.  Thousand Oaks, CA: Sage Publications (2002).

Early Warning Systems as Risk Management for Police (with S. Walker), Pp. 219-230 in K. Lersch (ed.) Policing and Misconduct.  Upper Saddle River, NJ: Prentice-Hall (2002).

Police Pursuit Driving, Chapter 4, Proceedings Texas State Bar Association Suing and Defending Governmental Entities.  Austin, TX. 2002.

Effective Community Policing Performance Measures (With D. Flynn and A. Piquero) <u>Justice Research and Policy</u> 3:80 - 94 (2001).

Early Warning Systems: Responding to the Problem Officer (with S. Walker and D. Kenney). National Institute of Justice, <u>Research in Brief</u>. July 2001.
*Reprinted* in Victor, Joseph and Joanne Naughton, Criminal Justice: Annual Editions (Pp. 95 - 101). Guilford, CT: McGraw-Hill. 2003. Thurman, Quint and Jihong Zhao (eds.) Contemporary Policing: Controversies, Challenges and Solutions (Pp. 152 - 164).  Los Angeles, CA: Roxbury Publishing Co. 2004.

Police Use of Force: An Analysis of Organizational Characteristics (with J. MacDonald). <u>Justice Quarterly</u> 18: 393 - 409 (2001).

The Temporal Relationship Between Police Killings of Civilians and Criminal Homicide: A Refined Version of the Danger-Perception Theory (with J. MacDonald, R. Kaminski, and A. Tennenbaum) <u>Crime and Delinquency</u> 47: 155 - 172 (2001).

Early Warning Systems for Police: Concept, History and Issues (with S. Walker).  <u>Police Quarterly</u> 3: 132-152 (2000).

Community Policing and Major Special Events: A Case Study of Super Bowl XXXIII.  Pp. 169 - 185 in Brito, Corina and Eugenia Gratto (eds.) <u>Problem Oriented Policing</u>.  Washington, DC: Police Executive Research Forum.  2000.

Police Accountability and Early Warning Systems: Developing Policies and Programs (with S. Walker) <u>Justice Research and Policy</u> 2: 59 - 72 (2000).

Performance Measures Shape Officers Actions (with D. Kenney and T. Oettemier).  <u>National Institute of Justice Journal</u> July: 26-27 (2000).

The Role of Women in Policing: Assignments and Specialization (with K. Coxe). Page 165 <u>Encyclopedia of Women and Crime</u>. Phoenix: The Oryx Press (2000).

Pepper Spray: A Safe and Reasonable Response to Suspect Verbal Resistance (with M. Smith). <u>Policing: An International Journal of Police Strategies and Management</u> 23: 233-245 (2000).

Early Warning Systems for Police: A New Approach to Accountability (with S. Walker) International City Management Association, <u>IQ Service Report</u> 32: 1 - 11 (2000).

Police Use-of-Force Data: Where We Are and Where We Should Be Going (with M. Smith).  <u>Police Quarterly</u> 2: 57-78 (1999).

Police: Overview.  Pp. 531-539 (with J. Greene) <u>Violence in America: An Encyclopedia</u>. New York: Charles Scribner's Sons (1999).

The Force Factor: Measuring and Assessing Police Use of Force and Suspect Resistance (with R. Dunham).  Pp. 45-60 in National Institute of Justice Research Report, <u>Use of Force by Police: Overview of National and Local Data</u>.  Washington, DC: National Institute of Justice and Bureau of Justice Statistics (1999).

Toward the Development of a Pursuit Decision Calculus: Pursuit Benefits versus Pursuit Cost (with T. Madden) <u>Justice Research and Policy</u> 1: 23-41 (1999).

Justifiable Homicide by Police and Criminal Homicide: A Research Note (with J. MacDonald and A. Tennenbaum) <u>Journal of Crime and Justice</u> XXII 153-166 (1999).

Public Attitudes Toward Police Pursuit Driving (with J. MacDonald) <u>Journal of Criminal Justice</u> 26: 185-194 (1998). *Reprinted* in A. Del Carmen. <u>Perspectives: Criminal Justice</u>. Coursewise Publishing: St. Paul, MN (1999), and W. Palacios, P. Cromwell and R. Dunham (eds.) Crime and Justice in America (Pp. 170-182).  Upper Saddle River, NJ: Prentice Hall (2001).

<u>County of Sacramento v Lewis</u>: Its Impact and Unanswered Questions (with Andrew Clarke).  <u>Police Forum</u> 8: 1 - 9 (1998).

Helicopters in Pursuit Operations.  National Institute of Justice, <u>Research in Action</u>. August 1998.

A Factorial Analysis of Police Pursuit Driving Decisions <u>Justice Quarterly</u> 15: 347-359 (1998).

On the Study of Neighborhoods and the Police (with R. Dunham and A. Piquero) Pp. 309-326 in <u>Community Policing: Contemporary Readings</u> (edited with Alex Piquero). Prospect Heights, IL.: Waveland Press (1998).

The Use of Helicopters in Policing: Necessity or Waste? (With J. MacDonald and A. Gover) <u>Police Forum</u> 8: 9-14 (1998).

High Speed Pursuit: The Offender's Perspective (with R. Dunham, D. Kenney and P. Cromwell) <u>Criminal Justice and Behavior</u> 20: 30-45 (1998).

<u>County of Sacramento v Lewis</u>: A Look at its Impact and Unanswered Questions (with Andrew Clarke).  <u>Subject to Debate</u> 12: 1, 3, 4 - 5 (1998).

Police Pursuits and the Use of Force: Recognizing and Managing 'the Pucker Factor' (with D. Kenney and R. Dunham) <u>Justice Quarterly</u> 14: 371-385 (1997). *Reprinted* in M. Palmiotto (ed.) <u>Police Misconduct</u> (Pp. 291 - 303) Upper Saddle River, NJ: Prentice Hall (2001).

The Foundation of the Police Role in Society (with R. Dunham) Pp. 1-16 in Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1997).

The Constitutional Implications of High Speed Police Pursuits Under a Substantive Due Process Analysis: Homeward Through the Haze (with A. Clarke and W. Smith) The University of Memphis Law Review 27: 599-662 (1997).

A National Survey of Pursuits and the Use of Police Force: Data from Law Enforcement Agencies (with D. Kenney) Journal of Criminal Justice 25: 315-323 (1997). *Reprinted* in D. Kenney and R. McNamara (eds.) Police and Policing: Contemporary Issues. Westport, CT: Praeger (1999). *Reprinted*: Thurman, Quint and Jihong Zhao (eds.) Contemporary Policing: Controversies, Challenges and Solutions (Pp. 200 - 209). Los Angeles, CA: Roxbury Publishing Co. 2004.

Police Pursuit: Policies and Training. National Institute of Justice, Research in Brief. May 1997.

Police Shootings: Myths and Realities (with R. Dunham). Pp. 115-123 in Paul Cromwell and Roger Dunham (eds). Crime and Justice in America. Englewood Cliffs: Prentice-Hall (1997, 2001).

Pursuit Driving: Planning Policies and Action from Agency, Officer, and Public Information. Police Forum 7: 1-12 (1997).

The Case for a Post-Arrest Use of Force Continuum: Constitutional and Practical Implications of Police Restraint Procedures (with W. Smith, A. Clarke and M. Cosgrove). Criminal Law Bulletin 32: 49-61 (1996).

The American Prison Crisis (with Ben Crouch) Pp. 121-136 in C. Calhoun and G. Ritzer, Perspectives on Criminal Justice. McGraw-Hill: New York (1996).

Controlling the Use of Force: An Evaluation of Street-Level Narcotics Interdiction in Miami (with R. Dunham). American Journal of Police XV (No. 1): 83-100 (1995). *Reprinted* Pp. 189-204 in D. Kenney and G. Cordner (eds.) Managing Police Personnel. Cincinnati: Anderson publishing Co. (1996).

Multi-Ethnic Communities: Interactive Model (with R. Dunham). Pp. 436-440 in W. Bailey (ed.) The Encyclopedia of Police Science. New York: Garland Publishing. Inc. (1995).

Breeding Deviant Conformity: Police Ideology and Culture (with V. Kappeler and R. Sluder). Pp. 243 - 262 in V. Kappeler, The Police in Society: Touchstone Readings. Prospect Heights, IL: Waveland Press (1995). *Reprinted* Pp. 284-301 in Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1997).

Police Pursuit Driving: An Empirical Analysis of Critical Decisions (with Tom Madden). American Journal of Police XIII (No. 4): 23-45 (1994).

The American Prison Crisis: Clashing Philosophies of Punishment and Crowded Cellblocks (with B. Crouch, J. Marquart and K. Haas) Pp. 64 - 80   The Dilemmas of Corrections: Contemporary Readings  (edited with K. Haas). Prospect Heights, IL: Waveland Press (1998).  Pp. 84-100 (1998).

The Management of Police Pursuit Driving. Pp. 599-609 in W. Bailey (ed) The Encyclopedia of Police Science. New York: Garland Publishing Inc. (1995). *Reprinted* Pp. 547-564 in Critical Issues In Policing: Contemporary Readings  (edited with R. Dunham).  3rd. Edition  Prospect Heights, IL: Waveland Press  (1997).

How Reasonable is the Reasonable Man?: Police and Excessive Force (with W. Smith). Journal of Criminal Law and Criminology 85: 481-501 (1994).

Developing Police Policy: An Evaluation of the Control Principle (with W. Smith) American Journal of Police 13 (#2): 1-20 (1994). *Reprinted* Pp. 237-251 in Critical Issues In Policing: Contemporary Readings  (edited with R. Dunham).  2nd. Edition   Prospect Heights, IL: Waveland Press  (1993).

Risky Business: Exposure Under Section 1983 (with W. Smith). Public Risk 8: 6-9 (1994). *Reprinted* Pp. 3-4 in  ALERT International Newsletter January and March 1995.

Measuring Police Performance in the New Paradigm of Policing (with M. Moore).  Pp. 109-142 in Bureau of Justice Statistics, Performance Measures for the Criminal Justice System.  Washington, DC: Bureau of Justice Statistics, 1993. *Reprinted* Pp. 265-281 in Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1997). *Reprinted* Pp. 215-232  in Community Policing: Contemporary Readings (edited with Alex Piquero). Prospect Heights, IL.: Waveland Press (1998).

The Police and the Americans with Disabilities Act - Who is Being Discriminated Against? (with  M. Smith). Criminal Law Bulletin 29: 516-528 (1993).

The Role of Differential Experience with the Criminal Justice System in Changes in Perceptions of Severity of legal Sanctions over Time (with E. Apospori). Crime and Delinquency 39: 184-194 (1993).

Policing the Defective Centurion: Decertification and Beyond (with W. Smith) Criminal Law Bulletin 29: 147-157 (1993). *Reprinted* in M. Palmiotto (ed.) Police Misconduct (Pp. 355 - 366) Upper Saddle River, NJ: Prentice Hall (2001).
The Effects of Involvement with the Criminal Justice System: A Neglected Dimension of the Experience and Perceptions Relationship (with E. Apospori and R. Paternoster) Justice Quarterly 9: 379-392 (1992).

Values and Culture in Two American Police Departments: Lessons from King Arthur (with J. Greene and P. Styles) Contemporary Criminal Justice 8: 183-207 (1992). *Reprinted* Pp. 179-207 in Law

Enforcement Operations and Management (Edited by Marilyn McShane and Frank Williams) New York: Garland Publishing. 1997.

Police Policy: Is the Control Principle out of Control? (with W. Smith). Police and Security News 8: 2, 30-33 (1992).

Implications of the Rodney King Beating (with W. Smith and D. Watters) Criminal Law Bulletin 28: 469-479 (1992).

A Critical and Constructive Look at the Defensibility of Police Pursuit Training (with W. Smith). Pp. 172-193 in J. Bizzack (ed.) Issues in Policing: New Perspectives. Autumn House Publishing: Lexington, Ky (1992).

The Importance of Data Quality for Research and Practice. Proceedings of the National Conference on Improving the Quality of Criminal History Records: 34-35 (1992).

Understanding the Dynamics of Officer Age and Gender in Police Pursuits (with R. Dunham). American Journal of Police 10: 51-61 (1991).

Beyond City Limits and Into the Wood(s): A Brief Look at the Policy Impact of City of Canton v Harris and Wood v Ostrander (with W. Smith) American Journal of Police 10: 19-40 (1991).

Analyzing Police Pursuit. Criminal Law Bulletin 27: 358-367 (1991).

Hiring and Promoting Police Officers in Small Departments: Limiting the Role of Psychological Testing. Criminal Law Bulletin 27: 261-269 (1991). *Reprinted* Pp. 96-105 in Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). 2nd. Edition Prospect Heights, IL: Waveland Press (1993).

Cross-Gender Guarding, Personal Privacy and Institutional Security: Perspectives of Jail Inmates. Criminal Justice and Behavior 18: 304-317 (1991).

Establishing Roadblocks to Control the Drunk Driver. Criminal Law Bulletin 27: 51-58 (1991).

Controlling Pursuit Driving: The Need for Policy and Training. Police and Security News 6: 6-13 (1990).

Defensibility of Law Enforcement Training (with W. Smith) Criminal Law Bulletin 26: 452-458 (1990).

Drug Testing at Work (with K. Haas). Criminal Justice Policy Review 3: 376-390 (1989).

Policing Hot Pursuits: the Discovery of Aleatory Elements (with R. Dunham) Journal of Criminal Law and Criminology 80: 521-539 (1989).

11

City of Canton v Harris and the Deliberate Indifference Standard. Criminal Law Bulletin 25: 466-472 (1989).

American Prisoners and the Right of Access to the Courts: A Vanishing Concept of Protection (with K. Haas). Pp. 65-87 in Lynn Goodstein and Doris MacKenzie (eds.) The American Prison: Issues in Research and Policy  New York: Plenum (1989). *Reprinted*, Pp. 223-246 in K. Haas and G. Alpert (eds.)  The Dilemmas of Corrections: Contemporary Readings  (edited with Ken Haas). Prospect Heights, IL: Waveland Press *Third Edition* (1995).  *Fourth Edition*, Pp. 244-267 (1998).

Judge David Bazelon: Questioning Authority (Review Essay) Journal of Criminal Law and Criminology 79: 1381-1388 (1989).

Research on Police Pursuits: Applications for law Enforcement (with R. Dunham) American Journal of Police 7: 123-131 (1988).

Police Pursuit: Linking Data to Decisions Criminal Law Bulletin 24: 453-462 (1988).

Factors Related to the Academic Success and Failure of College Football Players: The Case of the Mental Dropout (with G. Lang and R. Dunham) Youth and Society 20: 210-222 (1988).

Neighborhood Differences in Attitudes Toward Policing: Evidence for a New Approach to Policing in a Multi-Ethnic Setting  (with R. Dunham) Journal of Criminal Law and Criminology 79: 504-523 (1988). *Reprinted, in part*, Pp. 57 - 60 in R. Mutchnick and B. Berg, Research Methods for the Social Sciences. Boston: Allyn and Bacon. 1996.

Working with High-Risk Youth  in Prevention and Early Intervention Programs (with R. Mills and R. Dunham) Adolescence 23: 643-660 (1988).

Police Use of Deadly Force: the Miami Experience, Pp. 480-495 in R. Dunham and G. Alpert (eds.) Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1989).

American Police: An Introduction and Review, Pp. 1-12 in R. Dunham and G. Alpert (eds.) Critical Issues In Policing: Contemporary Readings (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1989).

Nursing, Nursing Education and Anxiety (with R. Zimmerman and T. Biggers) Journal of Nursing Education 27: 411-417 (1988).

Sports Violence: History, Overview and Suggestions for Reduction (with Ben Crouch) The Journal of Applied Research in Coaching and Athletics 3: 101-119 (1988).

12

Police and Drug Testing (with R. Dunham and L. Lewis) <u>Criminal Law Bulletin</u> 24: 155-166 (1988). *Reprinted* Pp. 298-310 in <u>Critical Issues In Policing: Contemporary Readings</u> (edited with R. Dunham).

Questioning Police Pursuit in Urban Areas. <u>Journal of Police Science and Administration</u> 17: 298-306 (1987). *Reprinted* Pp. 216-229 in <u>Critical Issues In Policing: Contemporary Readings</u> (edited with R. Dunham). Prospect Heights, IL: Waveland Press (1989).

Attitude Structures of Different Ethnic and Age Groups Concerning Police (with P. Sullivan and R. Dunham) <u>Journal of Criminal Law and Criminology</u> 78: 501-521 (1987).

Keeping Juvenile Delinquents in School: A Prediction Model (with R. Dunham) <u>Adolescence</u> 23: 45-57 (1987).

Social Scientists as Expert Witnesses (with Maria Llabre) <u>The Florida Bar Journal</u> 60 (November) 10: 31-34 (1986).

Community Policing (with Roger Dunham) <u>Journal of Police Science and Administration</u> 14 (September): 212-222 (1986). *Reprinted* Pp. 432-450 in <u>Critical Issues In Policing: Contemporary Readings</u> (edited with R. Dunham). 2nd. Edition. Prospect Heights, IL: Waveland Press (1993).

Drugs and Homicide (with D. McBride, C. Habermeil and D. Chitwood) <u>Bulletin of the New York Academy of Medicine</u> 62: 447-508 (1986).

The Most Deadly Force: Police Pursuits (with Patrick Anderson) <u>Justice Quarterly</u> 3 (March: 1-15 (1986). *Reprinted* in R. Homant and D. Kennedy (eds.) <u>Police and Law Enforcement</u> (Volume 5) New York: AMS Press (1988). M. Palmiotto (ed.) <u>Police Misconduct</u> (Pp. 304 - 315) Upper Saddle River, NJ: Prentice Hall (2001).

Black Representation on Juries in Miami: a Research Note, (with R. Dunham and D.J. Connors) <u>Justice System Journal</u> 11 (Spring): 79-88 (1986).

Telephone Search Warrants: A Proposal for Florida (with Allison DeFoor) <u>The Florida Bar Journal</u> 60 (March): 61-63 (1986).

Keeping Marginal Youth in School: a Prevention Model (with Roger Dunham), <u>Youth and Society</u> 17: 346-361 (1986).

Factor Analysis Applied to Magnitude Estimates of Punishment Seriousness: Patterns of Individual Differences (with K. McClellend) <u>Journal of Quantitative Criminology</u> I: 307-317 (1985).

The Grand Jury Report (with T. Petersen) <u>Justice Quarterly</u> 2: 23-50 (1985).

Judicial Rulemaking and the Fourth Amendment: Cars, Containers and Exclusionary Justice (with Ken Haas), <u>Alabama Law Review</u> 35: 231 (1984).

Prison Reform by Judicial Decree: The Unintended Consequences of <u>Ruiz v Estelle</u>, (with B. Crouch and R. Huff) <u>Justice System Journal</u> 9: 291-305 (1984). *Reprinted* pp. 258-271 in K. Haas and G. Alpert (eds.) <u>The Dilemmas of Corrections</u> *Third Edition*, Prospect Heights: Waveland Press (1995). *Fourth Edition* Pp. 309-323 (1999).

The Needs of the Judiciary and Misapplications of Social Research: the Case of Female Guards in Men's Prisons, <u>Criminology</u> 22: 441-456 (1984). *Reprinted* Pp. 154-166 in P. Anderson and T. Winfree (eds.) <u>Expert Witnesses</u>. Albany, NY: State University of New York Press (1987).

Florida's Invisible Jails (with Judge Allison DeFoor) <u>The Judges' Journal</u> 23: 33,46 (1984).

Telephone Search Warrants, <u>University of Miami Law Review</u> 38: 625-636 (1984).

Defending the Accused: Competence and Strategies (with C. Ronald Huff), pp. 247-271 in William McDonald (ed.) <u>The Defense Counsel</u>. Beverly Hills: Sage (1983).

Women Prisoners and the Law: Which Way Will the Pendulum Swing ? <u>Journal of Criminal Justice</u> l0: 37-44 (1982). *Reprinted* pp. l7l-l82 in B. Price and N. Sokoloff (eds.) <u>The Criminal Justice System and Women</u>. New York: Clark Boardman (1982).

Sex and Occupational Socialization: A Longitudinal Study of Prison Guards (with Ben Crouch) <u>Criminal Justice and Behavior</u> 9: l39-176 (1982).

Organizational Compliance with Court-Ordered Reform: the Need for Evaluation Research (with Ronald Huff). Pp. 115-124 in M. Morash (ed.) <u>Implementing Criminal Justice Policies</u>. Beverly Hills: Sage Publications (1982).

The Intervention of Business Leaders (with Ron White and Paul Geisel) pp. l55-l73 in Charles V. Willie and Susan Greenblatt (eds.) <u>Community Politics and Educational Change</u>. New York: Longman (1981).

Criminal Defense Attorneys: A Typology of Defense Strategies, <u>Criminal Law Bulletin</u> l7: 38l-404 (1981).

Prisoners, the Law and Politics: Planning for Legal Aid (with C. Ronald Huff) <u>New England Journal on Prison Law</u> 7: 304-340 (1981). *First prize, l98l National Writing Competition, New England School of Law.*

Criminal Victimization from a Police Perspective (with Richard Dukes) <u>Journal of Police Science and Administration</u> 8: 21-30 (1980).

Prison Guards' Attitudes Toward Components of the Criminal Justice System (with Ben Crouch). <u>Criminology</u> 18: 227-236 (1980).

Inadequate Defense Counsel: An Empirical Analysis of Prisoners' Perceptions <u>The American Journal of Criminal Law</u> 7: 1-21 (1979).

Recent Developments in the Office of the Prosecutor  <u>The Prosecutor</u> 14: 341-344 (1979).

Patterns of Change in Prisonization: A Longitudinal Analysis, <u>Criminal Justice and Behavior</u> 6: 159-174 (1979).

Advocacy and Rehabilitation in Women's Prisons (with George Noblit), <u>Law and Policy Quarterly</u> 1: 207-222 (1979). *Reprinted* pp. 272-284 in K. Haas and G.P. Alpert (eds.) <u>The Dilemmas of Punishment</u>. Prospect Heights: Waveland Press (1986).

Institutional Diversity and Prisonization: A Longitudinal Analysis, <u>LAE Journal of the American Criminal Justice Association</u> 41: 31-39 (1979).

Legal Ombudsman: New Roles for an Old Office, <u>Victimology: An International Journal</u> 4: 268-278 (1979).

Patterns of Social Change and Adaptation in Prisons (with Don Hicks) <u>Social Science Quarterly</u> 59: 37-50 (1978).

The Determinants of Prisoners' Decisions to Seek Legal Aid  <u>New England Journal of Prison Law</u> 4: 309-325 (1978).

Legal Delivery Systems to Prisoners (with Neal Miller)  <u>The Justice System Journal</u> 4: 9-26 (1978).

A Comparative Study of the Effects of Ideology on Prisonization,   <u>LAE Journal of the American Criminal Justice Association</u> 41: 77-86 (1978).

Legal Services, Prisoners' Attitudes, and `Rehabilitation' (with John Finney and James F. Short, Jr) <u>Journal of Criminal Law and Criminology</u> 69: 616-626 (1978).

Prisoners' Attitudes toward Components of Legal and Judicial Systems (with Don Hicks) <u>Criminology</u> 14: 461-482 (1977). *Reprinted* pp. 31-52 in D. MacNamara and F. Montanino (eds.) <u>Incarceration:  The Sociology of Imprisonment</u>. Beverly Hills, California:  Sage Publications, 1978.

Prisons as Formal Organizations: Compliance Theory in Action <u>Sociology and Social Research</u> 63: 112-130 (1978).

Collective Violence Behind Bars.  pp. 21-34 in M. Reidel and P. Vales (eds.)  <u>Treating the Offender: Problems and Issues</u>.  Praeger Publishers:  New York (1977).

A Comparative Look at Prisonization: Sex and Prison Culture <u>Quarterly Journal of Corrections</u> 1: 29-34 (1977).

Prisoners' Right of Access to Courts: Planning for Legal Aid, <u>Washington Law Review</u> 51 (July) 3: 653-675 (1976). *Reprinted* Pp. 314-335 in D. Petersen and C. Thomas (eds.) <u>Corrections: Problems and Prospects</u>. Englewood Cliffs: Prentice Hall (1980).

<u>GRANTS, CONTRACTS AND AWARDS</u>:

Assessing Police Officers' Decision Making and Discretion. National Institute of Justice. 2001.

The Lexington County Domestic Violence Court: A Partnership and Evaluation. National Institute of Justice. 2000.

Promoting Police Accountability: A Technical Assistance Program. Office of Community Oriented Policing Services. Washington, DC. 2000.

Investigating Racial Profiling in the Miami-Dade Police Department. Miami-Dade County. 2000.

The Effect of Community Policing on Urban Violence. American Statistical Association, Committee on Law and Justice. 2000.

Carolinas Institute for Community Policing. Charlotte-Mecklenburg Police Department. 1999, 2000.

The Force Factor: Measuring Police Use of Force Relative to Suspect Resistance. National Institute of Justice. 1998.

Facilitating Organizational Change: Shaping Philosophies Through Individual and Organizational Evaluations. National Institute of Justice. 1996.

An Analysis of Police Use-of-Force Data. National Institute of Justice. 1996.

Firearm Use and Analysis for the Metro-Dade Police Department. Metropolitan Dade County, Florida. 1994.

Evaluation of Hi-Risk Police Activities. Insurance Reserve Fund. State of South Carolina. 1994.

Police Pursuit Driving and Use of Excessive Force. National Institute of Justice. 1994.

Evaluation of Tactical Narcotics Team, Metro-Dade Police Department, 1991.

Police Report Writing. Wackenhut Services, Savannah River Site, Aiken, SC. 1990.

Police Officer Task Analysis. City of Columbia. 1989.

National Survey of Security Needs. American Society of Industrial Security Foundation. 1989.

Firearm Use and Analysis for the Metro-Dade Police Department. Metropolitan Dade County, Florida. 1988.

Review of Deadly Force Training and Policies of the Dallas Police Department. City of Dallas, Texas. 1987.

Police Pursuits: Integrating The Empirical Research with Policy. U.S. Department of Transportation. 1987.

Police Use of Deadly Force Project - An Update. City of Miami. 1987.

Impact of Police Behavior in a Multi-Ethnic Setting. Metro-Dade County, Florida. 1985.

Police Use of Deadly Force, City of Dallas, Texas. 1984.

Police Use of Deadly Force, City of Miami. 1983.

Establishment of Prisoners' Rights Project - Oregon Division of Corrections. 1980.

Integrated Victim Assistance. L.E.A.A. - U. S. Department of Justice. Written for the 4th Judicial District Attorney's Office (Colorado) 1980.

Comprehensive Career Criminal Program. L.E.A.A. - U. S. Department of Justice. Written for the Lane County (Oregon) District Attorney's Office. 1979.

Evaluation of Parole Decision Guidelines. National Institute of Corrections. 1978.


SELECTED CONTRIBUTIONS:

Police Pursuits. Pp. 122-123 in William Geller and Darrel Stephens (eds.) Local Government Police Management. Washington, DC: International City/County Management Association. 2003.

Early Intervention Systems for Law Enforcement Agencies: A Planning and Management Guide. A Final Report to the Office of Community Oriented Policing Services. 2003.

Evaluation of the Local Initiated Research Partnership Program. A Final Report to the National Institute of Justice. 2003.

The Lexington County Domestic Violence Court: A Partnership and Evaluation. A Final Report to the National Institute of Justice. 2003.

Early Intervention Systems for Law Enforcement Agencies: A Planning and Management Guide. A Final Report to the Office of Community Oriented Policing Services. 2002.

The Effect of Community Policing on Urban Violence. A Final Report to the American Statistical Association and Bureau of Justice Statistics. 2002.

The Force Factor: Measuring Police Use of Force Relative to Suspect Resistance. A Final Report to the National Institute of Justice. 2001.

Community Policing Performance Measures. An Essay and Curriculum for the Carolinas Institute for Community Policing. Charlotte-Mecklenburg Police Department. 2000.

Ethics and Integrity in Community Policing. An Essay and Curriculum for the Carolinas Institute for Community Policing. Charlotte-Mecklenburg Police Department. 2000.

Responding to the Problem Police Officer: A National Study of Early Warning Systems. A Final Report to the National Institute of Justice.1999.

Policy and Training: the First Two Building Blocks of a Pursuit Plan for the Royal Canadian Mounted Police. A Final Report to the Royal Canadian Mounted Police Public Complaints Commission. 1999. Published in <u>Police Pursuits and Public Safety.</u> A Report by the RCMP Public Complaints Commission. Autumn, 1999.

Facilitating Organizational Change: Shaping Philosophies Through Individual and Organizational Evaluations. A Final Report to the National Institute of Justice. 1998.

An Analysis of Police Use-of-Force Data. A final report to the National Institute of Justice. 1998.

Helicopters and their Uses in Police Pursuit. A final report to the National Institute of Justice. 1997. Police Pursuit and the Excessive Use of Force. A final report to the National Institute of Justice. 1996.

A Critical Function Assessment of the Aiken County Sheriff's Office. 1995.

Violent Crime in South Carolina: The Influence of Race, Gender and Age. Reports Prepared for the South Carolina Department of Law Enforcement and the NAACP. December 1992 and February 1994.

Pursuit Driving: Balancing Public Safety and Law Enforcement, Testimony to United States House of Representatives, Committee on Government Operations Sub-Committee on Government Information Justice and Agriculture. July 1992.

Developing Pursuit Policy Guidelines and the Assessment of Risk. Remarks made to the House Safety Committee, State of Massachusetts. March 1992.

Developing a Decentralized Police Department from a National Police Force: A Report to the Bundeskriminalamt and the German Marshall Fund. March 1992.

Police Pursuit: An Assessment of Risk and Need for Policy. Remarks made to the Senate Transportation Committee, State of Pennsylvania. February 1992.

Policy, Practice and Training in the Police Use of Deadly Force. Montgomery County, Maryland Grand Jury. July, 1991.

The Frequency of Intersection Accidents During Police Vehicle Emergency Runs. Police Executive Research Forum. (1991).

An Analysis of Pursuit Driving: Duval County (FL) Grand Jury (Spring 1989).

Metro-Dade Police Department Discharge of Firearm Study, 1984-1988. Dade County, Florida (1989).

Police Pursuit: A Comprehensive Review and Empirical Assessment. Dade Association of Chiefs of Police. Dade County, Florida (1988).

L'Impact d'Immigration Des Algeriens a Paris. La Maison des Sciences de L'Homme. Paris (1987).

Review of Deadly Force Training and Policies of The Dallas Police Department. City of Dallas (1987).

Police Use of Deadly Force in Miami 1980-1986. Miami Police Department (1987).

Crime Analysis and Recommendations for Criminal Justice Resource Management. Criminal Justice Council, Dade County, Florida (1986).
Civilian Attacks on Police Officers. Dade County Police Benevolent Association. Miami (1985).

Mentally Ill Criminals in Dade County. Citizens' Crime Commission, Miami, Florida (1985).

Youth Gangs in Dade County. Final Report of the Grand Jury, Dade County, Florida (Fall 1984).

Police Use of Deadly Force in Dallas, Texas: 1980-1983. Dallas Police Department, Dallas, 1984.

School Dropouts in Dade County. Final Report of the Grand Jury, Dade County, (Spring 1984).

Final Report, Overtown Blue Ribbon Committee, Miami, Florida. 1983.

19

Police Use of Deadly Force. Final Report of the Grand Jury, Dade County, Florida (Spring 1983).

Legal Rights of Correctional Officers. Florida Department of Corrections, (October 1982).

The Grand Jury Looks at Itself: A Follow-Up Study. Final Report of the Grand Jury, Dade County, Florida (Fall 1982).

The Impact of Mariels and other Entrants on South Florida. Final Report of the Grand Jury, Dade County, Florida (Spring 1982).

BOOK REVIEWS:
    American Journal of Police
    Criminology
    Criminal Justice Review
    Journal of Criminal Law and Criminology
    Sociology: Reviews of New Books

EDITORIAL EXPERIENCE:

| | |
|---|---|
| Editorial Board, The Justice System Journal | 1994 - 1998 |
| Associate Editorial Consultant, Journal of Criminal Law and Criminology | 1990 - 1998 |
| Editorial Board, American Journal of Criminal Justice. | 1989 - 1998 |
|     Contributing Editor, Criminal Law Bulletin. | 1987 - 1995 |
| Board of Editors, Sociological Inquiry. | 1987 - 1998 |
| Associate Editor, Criminology. | 1980 - 1984. |
| Advisory Board, Police Liability Review. | 1989 - 1998. |
| Advisory Board, Annual Editions: Criminal Justice (Dushkin). | 1988 - 1994. |
| Editor, Georgia Journal of Corrections. | 1971 - 1972. |
| Editor, American Journal of Police | 1995 - 1997. |
| Associate Editor, Justice Quarterly | 1995 - 1998. |
| Editor, Policing: An International Journal of Police Strategies and Management | 1997 - 1999. |
| Associate Editor, Justice Research and Policy | 1998 - 2001 |
| Executive Board, Journal of Crime and Delinquency | 2000 - present |
| Series Editor, Wadsworth Publishing | 2000- present |

Special Reader:

| | |
|---|---|
| American Journal of Criminal Justice | Police Quarterly |
| American Journal of Police | Law and Society Review |
| American Journal of Sociology | Sociological Inquiry |
| American Sociological Review | Social Science Quarterly |
| Criminal Justice and Behavior | Dryden Press |
| Criminology: An International Journal | Greenwood Press |
| Journal of Crime and Delinquency | McGraw Hill Publishing Company |
| Journal of Criminal Justice | Praeger Press |
| Journal of Justice Issues | Sage Publications |

20

Journal of Research in Crime and Delinquency        Wadsworth Publishing
Journal of Quantitative Criminology        West Publications
Judicature
Justice Quarterly
Justice System Journal
Law and Human Behavior
Sociological Quarterly

SELECTED PROFESSIONAL ACTIVITIES:

Presenter, The Annual Conference on Criminal Justice Research and Evaluation.  Washington, DC
July 2004.

Presenter, Pursuit Driving, Executive Management Program.  Northwestern University Center for
Public Safety.  May 2004.

Consultant, Coroner's Office. Inquest on Police Pursuit Driving.  Quebec, Canada. 2004.

Presenter, Western Regional Racially Biased Policing Summit.  Sacramento Police Department.
Sacramento, CA. February 2004.

Panelist, Pursuit Driving Training Symposium.  Federal Law Enforcement Training Center. Glynco,
GA.  (Sites throughout the United States) 2002 - 2004.

Consultant, Citizen Advisory Panel on Pursuit Policy.  Orlando Police Department.  Orlando, Fl.
December 2003.

Presenter, Enrichment Retreat.  Royal Bahamas Police Force.  Nassau.  November 2003.

Presenter, The Annual Conference on Racial Profiling.  Northwestern University.  Chicago.
November 2003.

Presenter, The Annual Conference on Criminal Justice Research and Evaluation.  Washington, DC
July 2003.

Invited Participant, Minority Trust and Confidence in the Police.  National Institute of Justice.
Washington, DC.  July 2003.

Presenter, Community Oriented Police Services Annual Meeting.  Washington, DC: June 2003.

Presenter, Promoting Cooperative Strategies to Prevent Racial Profiling.  Sacramento Police
Department.  Sacramento, CA. June 2003.

Presenter, Confronting Racial Profiling in the 21st. Century: New Challenges and Implications for Racial Justice.  Northeastern University. Boston, MA.  March 2003.

Moderator and Panel Member, Racial Profiling Conference, The Foley Institute for Public Policy and Public Service.  Washington State University.  February 2003.

Presenter, Pursuit Driving. Rocky Mountain Criminal Justice Conference.  Gatlinburg, TN. November 2002.

Invited Participant, Minority Trust and Confidence in the Police.  National Institute of Justice. Washington, DC.  October 2002.

Panelist, Racial Profiling.  Smith College, Northhampton, MA.  September 2002.

Presenter, State Bar of Texas Suing and Defending Governmental Entities Course.  Galveston, TX. August 2002.

Panelist, Excessive Force Demonstration. State Bar of Texas Suing and Defending Governmental Entities Course.  Galveston, TX. August 2002.

Presenter, Annual Convention of the Association of Trial Lawyers of America. Atlanta, GA. August 2002.

Presenter, Committee to Review Research on Police Policy and Practices.  National Research Council.  Washington, DC. April 2002.

Presenter, Racial Profiling: Setting the Research Agenda.  Center for Studies in Criminology and Law.  University of Florida.  October 2001.

Presenter, Racial Profiling, Bureau of Justice Statistics/Justice Research & Statistics Association Annual Meeting.  New Orleans, LA October 2001.

Presenter, Early Warning Systems and the Police.  Pasadena, California Police Department, October 2001.

Presenter, "Pursuit Driving - Dynamics and Liability."  High Liability Trainers' Conference.  Florida Department of Law Enforcement.  Orlando, FL.  August 2001.
Presenter, The Annual Conference on Criminal Justice Research and Evaluation.  National Institute of Justice.  Washington, D.C. July 2001.

Academic Community Liaison, National Commission on Law Enforcement Integrity.  2001 - present.

Invited Participant, Ethics and Integrity Curriculum Development.  Office of Community Oriented Policing Services.  Washington, DC: May 2001.

Presenter, Early Warning Systems and the Police.  School of Professional Studies, Johns Hopkins University.  Baltimore, MD. April 2001.

Panelist, Pursuit Driver Training Symposium. Federal Law Enforcement Training Center.  Glynco, GA.  March 2001.

Presenter, Speed Enforcement/Aggressive Driving Conference.  Institute of Police Technology and Management.  Orlando, FL. March 2001.

Invited Participant: Early Warning System Curricula Development Meeting.  Regional Community Policing Institute for New England.  Boston Police Department.  Boston, MA: January 2001.

Presenter, Working Session on Police Practices. Department of Justice. Washington, DC: November 2000.

Presenter, The Annual Conference on Criminal Justice Research and Evaluation.  National Institute of Justice.  July 2000.

Invited Participant: Police Pursuit Issues for Managers and Supervisors: Curriculum Development Conference.  Federal Law Enforcement Training Center.  Glynco, GA.  May 2000.

Presenter, Police Use of Force in Miami-Dade County, Florida.  Miami-Dade County Criminal Justice Council.  Miami, Fl: November 1999.

Presenter and Moderator, Building Accountability into Police Operations.  Department of Justice.  Washington, DC: November 1999.

Presenter, The Annual Conference on Criminal Justice Research and Evaluation.  National Institute of Justice.  July 1999.

Invited Participant: Homicide Clearance Rate Project.  Implementation Group Meeting.  Justice Research and Statistics Association.  Washington, DC.  May 1999.

Presenter, Less than Lethal Force: A Safe and Reasonable Response to Suspect Resistance, Law Enforcement Applications of Non-Lethal Weapons. Quantico, VA. May 1999.

Presenter, Measuring Police Use of Force Relative to Suspect Resistance.  International Association of Chiefs of Police Annual Conference. Salt Lake City, October 1998.

Presenter, The Annual Conference on Criminal Justice Research and Evaluation.  National Institute of Justice.  July 1998.

Keynote Speaker, Seminar on Risk Management: Police Use of Deadly Force and Pursuit Driving. Southwestern Law Enforcement Institute. Dallas, Texas.  November 1995, May 1996, May 1998.

Presenter, Locally Initiated Research Partnership Program Conference. National Institute of Justice. February 1998.

Presenter, Pursuit Policy and Practice. International Association of Women Police Conference. Dallas, November 1997.

Presenter, Meeting the Challenges of Crime and Justice: The Annual Conference on Criminal Justice Research and Evaluation.  Office of Justice Programs, Department of Justice.  Washington, DC: July 1997.

Presenter, Locally Initiated Research Partnership Program Conference. National Institute of Justice. January 1997.

Faculty, Southwestern Law Enforcement Institute Management College. Dallas, Texas.  January 1977.

Presenter, State and Local Partnership Training for Criminal Justice.  Bureau of Justice Assistance. January 1997.

Presenter, Lessons Learned form the 1996 Olympic Games. Special Events Planning and Management Symposium. Metro-Dade Police Department.  September 1996.

Member, National Criminal Justice Network Consumer Advisory Network.  1996.

Presenter, and Workshop Director, Building a Safer Society: The Annual Conference on Criminal Justice Research and Evaluation.  Office of Justice Programs, Department of Justice.  Washington, DC: August 1996.

Police in Pursuit: Policy and Practice.  Research in Progress Series (Video).  National Institute of Justice. July 1996.

Presenter, Use-of-Force Cluster Conference.  National Institute of Justice. Washington, DC: April 1996.

Discussant, Measuring What Matters, National Institute of Justice. Washington, DC: November 1995, May 1996.
Presenter, Police Pursuits and the Use of Force: Recognizing and Managing 'the Pucker Factor.' The Annual Conference on Criminal Justice Research and Evaluation.  National Institute of Justice. Washington, DC. July 1995.

24

Invited Participant, Police Use of Force Focus Group. National Institute of Justice/Bureau of Justice Statistics. Washington, DC: May 1995.

Presenter, Hi-Risk Police Activities and Managing Their Risks. South Carolina Sheriff's Association. May 1995.

Presenter, Police Pursuits. Making Policy Decisions. Transportation Research Board. Washington, DC. January 1995.

Invited Participant, Strategic Planning Workshop: Developing a Police Research and Evaluation Agenda. National Institute of Justice. December 1994.

Presenter, Special Events Planning and Management Symposium. Metropolitan Police Institute. Miami, October 1994.

Invited Participant, Justice Research & Statistics Association Annual Meeting. Atlanta, October 1994.

Pursuit Driving and Risk Assessment Seminar. Indiana Police Chiefs Association. Anderson, IN. September 1994.

Principal Evaluator, State Evaluation Capacity Building Program. National Institute of Justice. 1992-Present.

Invited Participant, Focus Groups Sessions on Community Policing and the Crime Bill. National Institute of Justice, Washington, DC. July - August 1994.

Presenter, Use of Force and Pursuit Risks, Southeastern Campus Safety Institute. Long Beach, Mississippi, August 1994.

Invited Speaker, South Carolina City and County Management Association Annual Meeting, Hilton Head, July 1994.

Member, Pursuit Guidelines Development Advisory Committee, California Peace Officer Standards and Training , 1994.

Facilitator, Pursuit Policy Workshop. Criminal Justice Institute, St. Petersburg Community College. February 1994.

Presenter, Frontiers of Legal Thought Conference. Duke Law School. Durham, North Carolina. January 1994.
Keynote Speaker, Seminar on Risk Management: Police Use of Deadly Force and Pursuit Driving. Southwestern Law Enforcement Institute. Dallas, Texas. May 1993.

Keynote Address, Police Vehicle Pursuits: Policy Implications and Liability. Illinois State University and the Traffic Institute, Northwestern University. Normal, Il. April 1993.

Invited Lecturer, Institute of Criminology, Cambridge University. Cambridge, England. March 1993.

Presenter, Reducing the Risk of Emergency Vehicle Operations, Risk Management Services, South Carolina Budget and Control Board. Columbia, South Carolina. December 1992.

Invited Participant, Bureau of Justice Statistics/ Justice Research and Statistics Association 1992 Annual Conference. New Orleans, September 1992.

Testimony on police pursuit to United States House of Representatives, Committee on Government Operations Sub-Committee on Government Information Justice and Agriculture. July 1992.

Faculty, Graduate Course on Victimology. The Free University. Amsterdam, July 1992.

Invited Participant, Annual Conference on Evaluating Drug Initiatives. Washington, DC. July 1992.

Curriculum Development for the Bachelor's Degree in Law Enforcement. State of Minnesota 1992.

Testimony on police pursuit to the House Safety Committee, State of Massachusetts, March 1992.

Developing a Decentralized Police Department from a National Police Force. Presented to Bundeskriminalamt Wiesbaden, Germany. March 1992.

Managing a Community-Oriented Police Department. Presentation to the Wiesbaden Police. March 1992.

Testimony on police pursuit to the Senate Transportation Committee, State of Pennsylvania. February 1992.

Pursuit Driving Policy Development Seminar. Texas Commission on Peace Officer Standards and Training. Austin, TX. May and November 1991.

Keynote Speaker, Risk Management and Pursuit Driving. Texas Municipal League. Arlington, Texas. August 1991.

Invited Participant, National Field Study on Gangs and Gang Violence. U.S. Department of Justice. Dallas, June 1991.

The Importance of Data Quality for Practice and Research. National Conference on Improving the Quality of Criminal History Records. Washington, DC. June 1991.

Keynote Speaker, Training Versus Education in Law Enforcement.  Virginia Criminal Justice Educators Annual Conference.  Leesburg, VA. May  1991.

Pursuit Driving and Risk Assessment Seminar. Indiana Police Chiefs Association.  Jasper, IN. April 1991.

Invited Participant, Attorney General's Summit on Law Enforcement Responses to Violent Crime: Public Safety in the Nineties. Washington, DC. March  1991.

Matching Structure to Objective. Law Enforcement Management Institute of The Texas Commission on Law Enforcement Officer Standards and Education. San Antonio, Texas. February  1991.

Managing Risk: The Case of Pursuit Driving.  National A.L.E.R.T. Conference. Columbia, SC. February  1991.

Invited Speaker, Risk Assessment, Pursuit Driving and Police Use of Deadly Force. South Carolina Association of Counties. Columbia, December  1990.

Invited Speaker, Pursuit Driving: Analyzing Risk. National Municipal Lawyers Organization. Boston, September  1990.

Keynote Speaker, Police Pursuit Driving. Texas Municipal League. San Antonio, TX. July  1990.

Consultant, Monroe County (Florida) Sheriff's Department, Key West, FL. June - July  1990.

Keynote Speaker, Seminars on Pursuit Driving. Southwestern Law Enforcement Institute.  1989 - 1990.

Commencement Speaker, Charleston County Police Academy, Charleston, SC. September  1989.

Consultant, Duval County (FL) Grand Jury. April - July  1989.

Invited Speaker, Civil Disorders and Police Use of Deadly Force, Southwestern Law Enforcement Institute, Dallas, Texas, March  1989.

Invited Participant, Cross-Gender Supervision, National Academy of Corrections, Boulder. December 1988.

Invited Participant, Workshop on Communities and Crime Control, National Research Council, Miami. January  1988.

Conferencier, La Maison des Sciences de L'Homme, Paris. December  1987.
Invited Speaker, Criminal Law Section, Annual Meeting of the Oregon State Bar. Seaside, Oregon. September  1987.

27

Board of Directors, Adolescent Chemical Dependency Program. Dade County, Florida.1987 - 1988.

Keynote Speaker, Sports and Violence. The American College of Sports Medicine. Las Vegas. May 1987.

Keynote Research Address, Police Pursuit Seminar. Empirical Determinants of Police Pursuits. The Police Foundation. Los Angeles. March 1987.

Educational Consultant, G. Gordon Liddy of Corporate Security and Private Investigation. Miami, Florida. 1986.

Consultant, Dade County (Florida) Grand Jury. February, 1982 - August 1986.

Board of Directors, Citizens' Crime Commission. Miami, Florida. March 1985 - August 1988.

Member, Dade County Community Task Force on Jury Selection. May 1984 - December 1984.

Member, Dade County Mayor's Committee to Develop an Action Plan for Social and Economic Development for the Black Community. May 1983 - January 1984.

Member, City of Miami Blue-Ribbon Committee to Study Racial Unrest. Jan. 1983 - July 1984.

Invited Speaker, John Jay College of Criminal Justice. New York. Police Use of Deadly Force in Miami. April 1984.

Consultant, Florida Department of Corrections, Tallahassee, Florida. January 1982 - June 1984.

Consultant and Trainer, National Street Law Institute, Georgetown University Law Center, Washington, DC. 1982 - 1984.

Member, Dallas Criminal Justice Task Force, Dallas, TX. October 1975 - December 1977.


COURSES TAUGHT:

| Graduate | Undergraduate | Law Enforcement |
|---|---|---|
| Criminal Justice | Criminal Justice | Accountability Systems |
| Social Control | Corrections | Police Use of Force |
| Criminology | Criminology | Police Use of Deadly Force |
| Formal Organizations | Juvenile Delinquency | Performance Measures |
| Juvenile Delinquency | Law and Society | Pursuit Driving Decisions |
| Law and Society | Police and the Community | Report Writing |

Policing in America          Social problems          Ethics and Integrity
Research Methods             Sociology of Organizations
Politics of Crime            Survey Research Methods

PROFESSIONAL ASSOCIATIONS:

Academy of Criminal Justice Sciences
American Bar Association
    Committee on Corrections                      1980
American Sociological Association
American Society of Criminology
    Student Affairs Committee                     1989-1990
    Publications Committee                        1985-1986
    Site Selection Committee                      1984-1985
    Chair, Site Selection Committee               1983-1984
    Committee on Nominations                      1978-1979
    Chair, Local Arrangements Committee           1978
    Committee on Criminal Justice Education       1977-1978
    Membership Committee                          1975-1977
    Program Committee                             1995-1997
    Statewide Policy Committee                    1995-1997
    National Policy Committee                     1996- 1998
International Association of Chiefs of Police
    Ethics Training Sub-Committee                 1997-1999
Justice Research and Statistics Association
    Computer Center Committee                     1994-1997
Western Society of Criminology
    Vice-President                          1979-1980
    Executive Secretary                           1977-1978
    Chair, Program Committee                      1976-1977