**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JENNIFER RAE GEORGE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-77 Erie |
| CITY OF ERIE, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 19th day of August, 2005, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on **Wednesday, September 21, 2005 at 9:00 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pa. All parties and all counsel shall be present in person, and have authority to settle the above captioned case.

s/ Sean J. McLaughlin,
United States District Judge

cc: All counsel of record.