IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RAE GEORGE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-77 Erie |
| CITY OF ERIE, et al., | ) |
| Defendants. | ) |

### ORDER

AND NOW, this 21st day of September, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

s/ Sean J. McLaughlin
United States District Judge

cm: All counsel of record.