IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RAE GEORGE,<br>An Incapacitated Person, by<br>RAYMOND G. GEORGE and<br>SUSAN M. GEORGE,<br>Guardians,<br>　　Plaintiffs<br><br>　　　　v.<br><br>CITY OF ERIE,<br>JOYCE SAVACCHIO,<br>PAUL DEDIONISIO,<br>RICHARD SZYCHOWSKI,<br>DAVID VAN BUSKIRK,<br>RICHARD CRAWFORD,<br>PATRICK DURKIN,<br>GREGORY T. DILORETO and<br>JOHN DOE,<br>　　Defendants | Civil Docket<br>No. CA 04 – 77 ERIE<br><br>The Honorable Sean J. McLaughlin |

## **STIPULATION OF DISMISSAL**

AND NOW, pursuant to Federal Rule of Civil Procedure 41, the Plaintiffs, Jennifer Rae George, an incapacitated person, by Raymond G. George and Susan M. George, Guardians, by and through their attorney, Alan Natalie, Esquire; the Defendants, City of Erie, Joyce Savacchio, Paul DeDionisio, Richard Szychowski, David Van Buskirk, Richard Crawford, Patrick Durkin and John Doe, by and through their attorney, Scott G. Dunlop, Esquire; and the Defendant, Gregory T. DiLoreto, by and through his attorney, David L. Haber, Esquire, hereby stipulate to the dismissal of this action, with prejudice.

1

Respectfully submitted,

By _____
Alan Natalie, Esquire
PA I.D. No. 55847
Attorney for Plaintiffs
504 State Street, Suite 300
Erie, PA 16501
(814) 455-7467


Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

By _____
Scott G. Dunlop, Esquire
PA I.D. No. 41638
Attorney for Defendants, City of Erie,
Joyce Savacchio, Paul DeDionisio, Richard Szychowski,
David Van Buskirk, Richard Crawford, Patrick Durkin and John Doe
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
(412) 803-1140


Respectfully submitted,

**WEINHEIMER, SCHADEL & HABER, P.C.**

By _____
David L. Haber, Esquire
PA I.D. No. 39574
Attorney for Defendant, Gregory T. DiLoreto
602 Law and Finance Bldg.
429 Fourth Avenue
Pittsburgh, PA 15219-1503
(412) 765-3399

IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RAE GEORGE, )<br>An Incapacitated Person, by )<br>RAYMOND G. GEORGE and )<br>SUSAN M. GEORGE, )<br>Guardians, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>)<br>)<br>CITY OF ERIE, )<br>JOYCE SAVACCHIO, )<br>PAUL DEDIONISIO, )<br>RICHARD SZYCHOWSKI, )<br>DAVID VAN BUSKIRK, )<br>RICHARD CRAWFORD, )<br>PATRICK DURKIN, )<br>GREGORY T. DILORETO and )<br>JOHN DOE, )<br>    Defendants ) | Civil Docket<br>No. CA 04 – 77 ERIE |

## **ORDER**

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the foregoing STIPULATION OF DISMISSAL, filed pursuant to Federal Rule of Civil Procedure 41, it is hereby ORDERED that the Stipulation is ACCEPTED, and the above-captioned matter is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
The Honorable Sean J. McLaughlin, U.S. District Judge