IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RAE GEORGE,<br>An Incapacitated Person, by<br>RAYMOND G. GEORGE and<br>SUSAN M. GEORGE,<br>Guardians,<br>    Plaintiffs<br><br>v.<br><br>CITY OF ERIE,<br>JOYCE SAVACCHIO,<br>PAUL DEDIONISIO,<br>RICHARD SZYCHOWSKI,<br>DAVID VAN BUSKIRK,<br>RICHARD CRAWFORD,<br>PATRICK DURKIN,<br>GREGORY T. DILORETO and<br>JOHN DOE,<br>    Defendants | Civil Docket<br>No. CA 04 – 77 ERIE |

## **ORDER**

AND NOW, to-wit, this _____ day of _____ , 2005, upon consideration of the foregoing STIPULATION OF DISMISSAL, filed pursuant to Federal Rule of Civil Procedure 41, it is hereby ORDERED that the Stipulation is ACCEPTED, and the above-captioned matter is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
The Honorable Sean J. McLaughlin, U.S. District Judge